AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

MICHAEL L. GREENE
AKA MICHAEL SIMMONS

)
)  Case No.
)
)
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL L. GREENE AKA MICHAEL SIMMONS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(k) (Conspiracy to Obstruct an Official Proceeding)
18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding and Aiding and Abetting)
18 U.S.C. § 372 (Conspiracy to Prevent an Officer from Discharging Any Duties)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1512(c)(1) (Tampering with Documents or Proceedings)

Date: 06/22/2022

Zia M. Faruqui
2022.06.22
16:28:53 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.     Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6-22-22, and the person was arrested on *(date)* 6-23-22
at *(city and state)* Indianapolis, IN.

Date: 6-23-2022

Samuel McKinney
*Arresting officer's signature*

SA Samuel McKinney
*Printed name and title*