NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.     Criminal Number  1:21-cr-00028-20

Michael L. Greene
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☐ RETAINED        ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Michael J. Donahoe   49 - 4683
_(Attorney & Bar ID Number)_

Indiana Federal Community Defenders, Inc.
_(Firm Name)_

111 Monument Circle, Suite 3200
_(Street Address)_

Indianapolis, Indiana 46204
_(City)        (State)        (Zip)_

317-383-3520
_(Telephone Number)_