## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-cr-28 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **DONOVAN CROWL,** | : | |
| | : | |
| **SANDRA PARKER,** | : | |
| | : | |
| **BENNIE PARKER,** | : | |
| | : | |
| **LAURA STEELE,** | : | |
| | : | |
| **CONNIE MEGGS,** | : | |
| | : | |
| **WILLIAM ISAACS,** | : | |
| | : | |
| **JAMES BEEKS, and** | : | |
| | : | |
| **MICHAEL GREENE,** | : | |
| | : | |
| **Defendants.** | : | |

### GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTIONS

On July 7, 2022, Defendant William Isaacs filed notice (ECF No. 705) of his intent to join in certain motions to dismiss filed in the related matter of *United States v. Rhodes, et al.*, No. 22-cr-15 (APM).  The government hereby adopts the opposition memoranda it filed in the *Rhodes* matters in response to the notice by Defendant Isaacs.  Should any additional defendants join in the motions filed in the *Rhodes* case, the government hereby notices its intent to adopt its opposition memoranda in response to those filings, as well.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  _____
Kathryn L. Rakoczy
Assistant United States Attorney
D.C. Bar No. 994559
Ahmed M. Baset
Troy A. Edwards, Jr.
Jeffrey S. Nestler
Assistant United States Attorneys
Louis Manzo
Special Assistant United States Attorney
U.S. Attorney's Office for the District of
Columbia
555 4th Street, N.W.
Washington, D.C. 20530

_____
Justin Sher
Alexandra Hughes
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20004