UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>     v.                                                     )<br>                                                              )     Case No. 21-CR-28-APM<br>MICHAEL GREENE                         )<br>(AKA "MICHAEL SIMMONS")         )<br>(Counts 1,2,3,5,9)                            )<br>                        Defendant.            )<br>_____) | |

## MOTION FOR ADMISSION PRO HAC VICE

Allen H. Orenberg, a member of this Court, hereby respectfully moves this Court for entry of an Order permitting Britt Redden to appear *pro hac vice* in accordance with LCrR 44.1(d). In support thereof, I hereby submit the accompanying Declaration, along with a proposed Order for the Court's consideration.

1. Britt Redden and her firm have been retained by the Defendant for representation in the above-captioned case.

2. Ms. Redden has been in regular communication with the Defendant throughout the time period that the case has been pending.

3. Ms. Redden has completed a declaration required by Local Criminal Rule LCr44.1(d), which is attached as an exhibit to this motion.

4. This case is not a related or consolidated matter for which Ms. Redden has previously applied to appear *pro hac vice.*

5. The office address of Ms. Redden is: 3300 Oak Lawn Ave, #700, Dallas, Texas 75219.

6. Ms. Redden regularly practices in federal court and is familiar with the United States Code pertaining to the jurisdiction of and practice in the United States District Courts; the federal rules of criminal and civil procedure, and the United States Sentencing Guidelines.

7. Ms. Redden indicates that she has reviewed the Local Rules of this Court, and she will faithfully adhere to the rules.

WHEREFORE, having complied with the requirements of this Court's Local Rules concerning the appearance of counsel who are not members of this Court, and based upon Ms. Redden experience and credentials outlined above, it is respectfully requested that this Court grant this motion and admit Ms. Redden *pro hac vice* to appear and be heard, with or without the presence of local counsel, as Defendant's counsel in this case. Furthermore, it is respectfully requested that Ms. Redden be permitted to execute all pleadings in this case without the necessity of undersigned counsel being required to also execute all pleadings in this case.

Respectfully submitted,

_____
Allen H. Orenberg, Bar No. 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Office: 301-984-8005
Cell-Phone: 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2022, I filed the foregoing Motion For Admission Pro Hac Vice, with a proposed Order and a Declaration by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

_____
Allen H. Orenberg