

Email: bredden@reddenlawtexas.com
Reddenlawtexas.com

3300 Oak Lawn Ave., Suite 700, Dallas, TX 75219

Office: (214)699-8429
Fax:   (214)845-7006

July 21, 2022

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

**RE:** <u>The Unites States of America v. Michael Lamont Greene</u> Cause No(s).: 1:21-cr-00028-20

To: Angela Caesar, Clerk

    Please be advised that I have been retained to represent Mr. Greene in the above referenced matter. Please enter my name as Attorney of Record, and direct any future communication regarding this matter to my attention. Your assistance is greatly appreciated. Should you have any questions, or require any further information from me, please do not hesitate to contact my office.

Best regards,

_____
Britt Redden
Redden Law, PLLC

## CERTIFICATE OF SERVICE

I, BRITT D. REDDEN, attorney for Defendant, certify that on the 21st day of July, 2022, a copy of the foregoing was delivered to the United States Attorney's office, *via electronic delivery*.

## CERTIFICATE OF CONFERENCE

I, BRITT D. REDDEN, conferred with Assistant United States Attorney, Jeffery Nestler, via telephone, on July 21, 2022, and does he not oppose this Entry of Appearance of counsel.

_____
Britt Redden
Redden Law, PLLC
ATTORNEY FOR DEFENDANT