UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>         Plaintiff,   ) <br>   v.          )   Criminal Case 21-CR-28-APM <br>             ) <br>             )   Judge Amit P. Mehta <br> MICHAEL L. GREENE,     ) <br>         Defendant.   ) | |

## MOTION TO WITHDRAW APPEARANCE

Michael J. Donahoe, Indiana Federal Community Defenders, moves the Court to withdraw his appearance as counsel for Defendant. Britt Redden is retained and entered an Appearance (DKT. 714) to represent in this matter.

Respectfully submitted,

*Michael J. Donahoe*
Michael J. Donahoe
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I hereby certify that on **July 22, 2022**, a copy of the foregoing **Motion to Withdraw Appearance** was electronically filed. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*Michael J. Donahoe*
Michael J. Donahoe