IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )          CR No. 21-28
                                   )          Washington, D.C.
     vs.                           )          June 30, 2022
                                   )          4:07 p.m.
DONOVAN R. CROWL, ET AL.,          )
                                   )
          Defendants.              )
_____)


   TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
        BEFORE THE HONORABLE AMIT P. MEHTA
            UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:         Kathryn Leigh Rakoczy
                            Jeffrey S. Nestler
                            U.S. ATTORNEY'S OFFICE
                            FOR THE DISTRICT OF COLUMBIA
                            555 Fourth Street, NW
                            Washington, D.C. 20530
                            (202) 252-6928
                            Email:
                            kathryn.rakoczy@usdoj.gov
                            Email:
                            jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant Crowl:        Carmen D. Hernandez
                                7166 Mink Hollow Road
                                Highland, MD 20777
                                (240) 472-3391
                                Email: chernan7@aol.com


For Defendant Sandra Parker:    John L. Machado
                                LAW OFFICE OF JOHN MACHADO
                                503 D Street, NW
                                Suite 310
                                Washington, D.C. 20001
                                (703) 989-0840
                                Email: johnlmachado@gmail.com


For Defendant Bennie Parker:    Stephen F. Brennwald
                                BRENNWALD & ROBERTSON, LLP
                                922 Pennsylvania Avenue, SE
                                Washington, D.C. 20003
                                (301) 928-7727
                                Email: sfbrennwald@cs.com


For Defendant Laura Steele:     Peter A. Cooper
                                LAW OFFICE OF
                                PETER A. COOPER
                                400 5th Street, NW
                                Suite 350
                                Washington, D.C. 20001
                                (202) 400-1434
                                Email:
                                pcooper@petercooperlaw.com


For Defendant Connie Meggs:     Stanley Edmund Woodward, Jr.
                                BRAND WOODWARD LAW
                                1808 Park Road NW
                                Washington, D.C. 20010
                                (202) 996-7447
                                Email:
                                stanley@brandwoodwardlaw.com

```
APPEARANCES CONTINUED:

For Defendant Isaacs:          Eugene Joseph Rossi
                               CARLTON FIELDS P.A.
                               1025 Thomas Jefferson St., NW
                               Suite 400 West
                               Washington, D.C. 20007
                               (202) 965-8100
                               Email:
                               grossi@carltonfields.com

                               Natalie A. Napierala
                               CARLTON FIELDS, P.A.
                               405 Lexington Avenue
                               36th Floor
                               New York, NY 10174
                               (212) 785-2747
                               Email:
                               nnapierala@carltonfields.com

For Defendant James Beeks:     Joshua Uller
                               FEDERAL DEFENDER SERVICES
                               OF WISCONSIN, INC.
                               411 East Wisconsin Avenue
                               Suite 2310
                               Milwaukee, WI 53202
                               (414) 221-9900
                               Email: joshua_uller@fd.org

                               Jessica Arden Ettinger
                               FEDERAL DEFENDER SERVICES
                               OF WISCONSIN
                               22 East Mifflin Street
                               Suite 1000
                               Madison, WI 53703
                               (608) 260-9900
                               Email: jessica_ettinger@fd.org

For Defendant
Michael L. Greene:             Michael Donahoe
                               INDIANA FEDERAL
                               COMMUNITY DEFENDERS, INC.
                               111 Monument Circle
                               Suite 3200
                               Indianapolis, IN 46204
                               (317) 383-3520
                               Email: mike_j_donahoe@fd.org
```

APPEARANCES CONTINUED:

Pretrial Services Agency:        Andre Sidbury
                                 DéShanté Valentine-Lewis

Court Reporter:                  William P. Zaremba
                                 Registered Merit Reporter
                                 Certified Realtime Reporter
                                 Official Court Reporter
                                 E. Barrett Prettyman CH
                                 333 Constitution Avenue, NW
                                 Washington, D.C. 20001
                                 (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                   P R O C E E D I N G S
 2            COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Criminal Case No. 21-28, the United States of
 4   America versus Defendant No. 2, Donovan Ray Crowl;
 5   Defendant No. 4, Sandra Parker; Defendant 5, Bennie Parker;
 6   Defendant 7, Laura Steele; Defendant 9, Connie Meggs;
 7   Defendant 16, William Isaacs; Defendant 19, James Beeks; and
 8   Defendant 20, Michael Greene.
 9            Kathryn Rakoczy and Jeffrey Nestler for the
10   government.
11            Carmen Hernandez for Defendant Crowl.
12            John Machado for Defendant Sandra Parker.
13            Steven Brennwald for Defendant Bennie Parker.
14            Peter Cooper for Defendant Steele.
15            Stanley Woodward for Defendant Meggs.
16            Eugene Rossi and Natalie Napierala for Defendant
17   Isaacs.
18            Joshua Uller and Jessica Ettinger for
19   Defendant Beeks.
20            And Michael Donahoe for Defendant Greene.
21            Andre Sidbury and DéShanté Valentine-Lewis are
22   also appearing for the Pretrial Services Agency.
23            All defendants are appearing remotely for these
24   proceedings.
25            THE COURT:  Okay.  Good afternoon, everyone.
```

```
 1    I hope everybody is doing well.
 2            So we are here this afternoon just to check in
 3    with everybody, see how things are progressing.
 4            But the first order of business is, we have a
 5    superseding indictment with a new defendant added,
 6    Mr. Greene.  And so why don't we begin with he and his
 7    counsel.
 8            Mr. Greene, I'm trying to locate -- are you on the
 9    phone or are you on video, sir?
10            DEFENDANT GREENE:  I'm on video.
11            COURTROOM DEPUTY:  Mr. Greene, could you please
12    turn on your camera.
13            DEFENDANT GREENE:  Hold on.
14            Okay.  Hold on.  It's not letting me turn on the
15    camera here.
16            THE COURT:  That's okay, Mr. Greene.  Can you hear
17    me okay?
18            DEFENDANT GREENE:  I can hear you fine; I can see
19    you fine.  I just -- for some reason, it's not even letting
20    me enable my camera.
21            THE COURT:  Okay.  No problem.
22            So my name is Judge Mehta.  I'm the judge who's
23    been assigned to this case.  And so the first order of
24    business here for you today will be to have you arraigned.
25    What that means is we're going to have the charges
```

1  announced.  And then I'm going to turn to your counsel --

2  Mr. Donahoe, welcome -- to enter a plea on your behalf, and

3  I'll ask Mr. Donahue whether he waives a formal reading of

4  the indictment against you, Mr. Greene, okay?

5          DEFENDANT GREENE:  Okay.

6          COURTROOM DEPUTY:  May the record reflect that the

7  defendant, through counsel, has received a copy of the

8  eighth superseding indictment.

9          Mr. Greene, in Criminal Case No. 21-28-20, you've

10 been charged with the following counts:

11         Count 1, conspiracy to obstruct an official

12 proceeding, in violation of Title 18, United States Code,

13 Section 1512(k);

14         Count 2, obstruction of an official proceeding and

15 aiding and abetting, in violation of Title 18, United States

16 Code, Sections 1512(c)(2) and Section 2;

17         Count 3, conspiracy to prevent an officer from

18 discharge any duties, in violation of Title 18,

19 United States Code, Section 372;

20         Count 5, entering and remaining in a restricted

21 building or grounds, in violation of Title 18, United States

22 Code, Section 1752(a)(1);

23         And Count 9, tampering with documents or

24 proceedings and aiding and abetting, in violation of

25 Title 18, United States Code, Sections 1512(c)(1) and

```
 1    Section 2.
 2              Do you wish to waive formal reading of the eighth
 3    superseding indictment, and how do you wish to plead?
 4              MR. DONAHOE:  On behalf of Mr. Greene, he would
 5    like to plead not guilty and we do waive reading of the
 6    indictment.
 7              THE COURT:  All right.  Thank you, Mr. Donahoe.
 8              So we will enter -- have the record reflect
 9    not-guilty pleas on each of the counts of the indictment
10    against Mr. Greene.
11              All right.  So let me just confirm with all
12    defense counsel that none of you think your clients need to
13    be re-arraigned, and if you do think they do need to be
14    re-arraigned, let me know that now; otherwise, I'll expect
15    that you're waiving the re-arraignment on the superseding
16    indictment.
17              My understanding is there are no substantive
18    changes as to any other defendant, just the addition of
19    Mr. Greene to the indictment; is that correct, Ms. Rakoczy?
20              MS. RAKOCZY:  Yes, Your Honor.
21              There were a few additional factual allegations,
22    but they relate primarily to Mr. Greene.
23              THE COURT:  Okay.
24              Do any of the defendants -- do any defense counsel
25    believe that we need to have your clients re-arraigned on
```

1    the new indictment?

2             Okay.  Hearing none, I'll assume that we're all

3    proceeding under the assumption that all the prior entries

4    of pleas applicable to each of the defendants will apply to

5    the present charging document as well.

6             Okay.  So why don't we start with the government

7    with just an update.

8             I guess before we even get there, I don't think

9    we -- I formally advised all of you, I just assumed you

10   would all know and find out, that our trial date, which

11   originally was scheduled for December in this case, has been

12   bumped.  We're now going to do the Rhodes indictment, the

13   Rhodes -- we're going to try the Rhodes case in two parts,

14   first in September and then in November, starting in late

15   November.

16            And so this case is going to get bumped back to

17   start on February 1.  We've not yet issued a revised

18   pretrial statement -- excuse me, Pretrial Order, we will do

19   that soon, but I just wanted to make sure everybody was

20   clear on that, and I assumed everybody was aware that that

21   was going to happen as a result of the other scheduling

22   changes, okay?

23            All right.  Why don't I turn then to Ms. Rakoczy

24   and turn it over to you to see if you'd like to provide any

25   updates.

1          MS. RAKOCZY:  Yes, Your Honor.  Thank you.

2          With respect to the government's work in this

3   case, as counsel is aware, we are concluding the

4   case-specific discovery productions in this case.  There are

5   a few outstanding civilian witness *Jencks* materials which we

6   hope to provide in the next few weeks.

7          We are scheduling an evidence viewing that we are

8   offering to all counsel.  Obviously, the attorneys in the

9   Rhodes cases will go to trial first, but we'd like to make

10  the physical evidence available for viewing to all

11  defendants, including the defense attorneys in these cases,

12  this summer, so we're working to schedule that with the

13  defense.

14          There are a few outstanding inquiries or requests

15  from the defense that we are working to make sure we have

16  gone back through all of them and answered.

17          But predominantly, the case-specific-discovery

18  materials have largely been produced and we will continue to

19  wrap that up in the next few weeks.

20          The global discovery project is ongoing.  We

21  continue to make productions through the two platforms of

22  Relativity and Evidence.com.

23          And as a team here, we continue to go through the

24  materials in the FBI's holding and the United States

25  Attorney's Office holdings to try to make sure we search for

 1    any materials and produce them and flag them for the defense

 2    that are particularly relevant to these defendants since

 3    that global discovery project is ongoing.

 4            So with respect to discovery, I think we are

 5    winding down, and it appears as though we are on track for

 6    the February trial date in this case.

 7            THE COURT:  Okay.

 8            Anything else to add, Ms. Rakoczy, on behalf of

 9    the government?

10            MS. RAKOCZY:  No, Your Honor.  Thank you.

11            THE COURT:  All right.

12            So let me just go down the list here, starting

13    with Ms. Hernandez on behalf of Mr. Crowl.

14            MS. HERNANDEZ:  Good afternoon, Your Honor.

15            I don't have anything to bring up, except it is my

16    understanding that the September Rhodes trial group is

17    working on a motion to continue based on the January 6th

18    Committee hearings and transcripts that are to drop sometime

19    in September.  I mentioned that -- I believe that they've

20    been -- my understanding from the lawyers in that case is

21    that they've contacted the government about that motion that

22    they will be filing.

23            I just bring it up because I know that the Court

24    has been sort of pushing our case out because our clients

25    are released and the Rhodes Defendants are not.

1   So I just -- that's the only thing that, perhaps, looms in

2   the background.  And I don't know whether if you granted

3   that continuance, whether the Court then would push our case

4   out and give them the February slot.

5           THE COURT:  So, I mean, that's news to me.  You

6   know, we were all together last week, I think it was.

7   I raised this very issue and nobody certainly said that

8   there was an impending motion to continue.

9           So, Ms. Rakoczy, do you have any insight into

10  that?

11          MS. RAKOCZY:  Your Honor, I don't really like to

12  steal the thunder of defense attorneys who are not present

13  here today.

14          The defense has reached out to us to discuss that

15  that is a motion they may file, but I don't know when they

16  will file that, and obviously that's their motion to file.

17          THE COURT:  Okay.

18          All right.  Well, as I said last week, we'll see

19  what comes of it.  It's not clear to me when there will be a

20  release of evidence, one; and, two, how that would impact

21  any defense preparation, though the number is thousands of

22  transcripts or thousands of pages undoubtedly, but how much

23  of it is relevant to the defendants in that case and this

24  case remains to be seen.

25          Okay.  Mr. Machado.

1          MS. HERNANDEZ:  I'm sorry.

2          So the defense attorney authorized me -- the

3     defense attorney from that case authorized me to raise the

4     issue with the Court so the Court would know.

5          THE COURT:  Okay.  Well, we'll take it as it

6     comes.

7          Mr. Machado on behalf of Ms. Parker.

8          MR. MACHADO:  Your Honor, nothing with regard to

9     Ms. Parker, but I do want to check with the Court on the

10    scheduling, because my understanding was -- and I don't know

11    where -- I was looking at my calendar and I see that I had

12    put down the beginning of the trial being February 6th.

13         So it is February 1st, Your Honor?  I had heard

14    from a previous time, I think, that the Court -- before the

15    Court, we are planning February 1st and planning for

16    approximately a four-week trial?  I just want to make sure

17    that's correct.

18         THE COURT:  Mr. Douyon will correct me if I'm

19    wrong, but my calendar shows us starting February 1.

20         Is that accurate, JC?

21         COURTROOM DEPUTY:  That's what I see on your

22    calendar, Your Honor.

23         MR. MACHADO:  Okay.  Then my mistake on my end.

24         But we are still planning for four weeks, we

25    should schedule, Your Honor?

1          THE COURT:  Yeah.

2          I mean, I think, look, I mean, one of the wild

3   cards here is -- there are now eight defendants in this case

4   and space constraints have caused me to have to split up the

5   other case, which has nine defendants.

6          And, you know, I was told that in theory the

7   Ceremonial Courtroom could hold eight, and that would be the

8   max, I'm really pushing it, given the number of lawyers and

9   equipment and the like that would need to be set up for that

10  size of a trial.

11         So, you know, you all should set aside those

12  dates, and, you know, whatever -- if we're going to have an

13  eight-person -- I'll try and everybody at once, but if we're

14  still left with eight defendants come next February and

15  I can't accommodate a trial of eight, you know, that may

16  change a little bit.

17         MR. MACHADO:  Your Honor, we all have to be, as

18  the saying goes, Semper Gumby, always be flexible.  I just

19  wanted to try and make sure I had the right dates under the

20  approximation.  Thank you.

21         THE COURT:  Okay.

22         Mr. Brennwald on behalf of Mr. Parker.

23         MR. BRENNWALD:  Your Honor, I have nothing to add.

24  Thank you.

25

```
 1              THE COURT:  All right.

 2              Ms. Haller and Mr. Woodward on behalf of

 3    Ms. Meggs.

 4              MR. WOODWARD:  Good afternoon, Your Honor.

 5              The only outstanding issue from Ms. Meggs is the

 6    conflict issue.  I don't see Mr. Wise here, and so we're

 7    amenable to coming back at the Court's convenience just to

 8    do a colloquy on that issue.

 9              THE COURT:  Yeah, that one is on me, Mr. Woodward.

10    It just slipped my mind to get conflicts counsel noticed for

11    this hearing.  So I apologize, but we'll have to just set

12    down a separate date and time to come back and take care of

13    that inquiry.

14              MR. WOODWARD:  I don't think it will take long,

15    Your Honor, so we can be available generally at the Court's

16    convenience.

17              THE COURT:  Okay.

18              Well, we'll try to get that done sometime next

19    week if that works for everybody.

20              MR. WOODWARD:  Thank you, Your Honor.

21              THE COURT:  Okay.  Thanks for the reminder.

22              All right.  Mr. Rossi, Ms. Napierala, on behalf of

23    Mr. Isaacs.

24              MR. ROSSI:  No issues, Your Honor.  Thank you so

25    much.
```

```
 1              THE COURT:  Okay.

 2              Mr. Uller and Ms. Ettinger on behalf of Mr. Beeks.

 3              MR. ULLER:  Thank you, Judge.

 4              I guess really the only issue relevant for today

 5    is, there are still a few motions pending that we filed on

 6    behalf of Mr. Beeks.

 7              And the parties have had some discussions about

 8    the fact that the eighth superseding indictment does not

 9    render the motions that have been filed moot and that the

10    arguments made with respect to the seventh superseding

11    indictment apply with equal force to the eighth superseding

12    indictment.  If the Court would like us to file something on

13    the docket to that effect, we're happy to do so.

14              THE COURT:  No, you don't need to do that.

15              MR. ULLER:  Okay.

16              And then the only other matter was, I don't know

17    if the Court had any questions about Mr. Beeks' bond status.

18    We filed a Status Report yesterday.  I think the government

19    may have some requests or does have some requests for some

20    slight modifications in the very near term that we don't

21    have a problem with, but I don't know that that's something

22    that needs to happen with everybody involved.

23              THE COURT:  Yeah, why don't we hold that off until

24    the end, Mr. Uller.

25              MR. ULLER:  Okay.
```

1        THE COURT:  And as I think I said to you last time

2   we were together with respect to your client's motions,

3   I know they're out there, I had to get the Rhodes motions

4   taken care of, that was done a couple days ago, so you are

5   next in line.

6        MR. ULLER:  And Ms. Ettinger suggested I ask

7   whether the Court wanted to set any argument date for that

8   or if the Court was going to rule on the motions based on

9   the papers alone.

10        THE COURT:  Let me take a look at the papers and

11   then I'll reach out to you all if I think an argument is

12   needed.

13        MR. ULLER:  Thank you.

14        THE COURT:  Yep.

15        Anything further?

16        MR. ULLER:  No.

17        THE COURT:  All right.

18        Mr. Donahoe.

19        MR. DONAHOE:  It is Donahoe (enunciating).

20   Thank you, Your Honor.

21        The only question I have is whether or not the

22   Court or the government has -- or any defense counsel --

23   have estimated the length of this trial.

24        THE COURT:  Well, I mean, I'll quickly chime in

25   and turn it over to Ms. Rakoczy.  But, you know, the

1    estimate has been a month, Mr. Donahoe.  And as I said, it's

2    been a bit of a moving target in terms of when we're going

3    to start, given various changes that have been made across

4    these cases.

5          And the current trial date is February 1.  The

6    expectation, at least at the time that we set it, was

7    it would be a month long.  That may be subject to some

8    change, but I think that's probably a fair estimate, subject

9    to anything else Ms. Rakoczy would like to add.

10         MS. RAKOCZY:  Yes, Your Honor.

11         We still think budgeting a month is probably

12   prudent.  We are hopeful that it will not take the full

13   month, but we think it's prudent to still budget a month.

14         THE COURT:  And so, Mr. Donahoe, look, I guess,

15   you know, you're last to this party, and so I hope that

16   you're available in February and think you can get ready by

17   February.

18         But, you know, you are obviously differently

19   positioned than everyone else in terms of getting ready for

20   a trial.

21         And, as I'm sure you're aware, there's a fair

22   amount of discovery in this case.  There's been a lot of

23   motions practice already in this case.

24         And in terms of your client and wishing to file

25   motions or join motions, we ought to think about a parallel

1  or have a schedule in place for you to do that if that's

2  something you wish to have; if you'd like to have a separate

3  Rule 12 motions schedule after you've gotten your arms

4  around all of this, I'm happy to put one in place.

5          If you don't think you want to file any additional

6  motions and you simply just would like to join what's been

7  filed and what's ruled upon, that's fine, too, but you ought

8  to probably just make sure you notice something on the

9  docket to preserve any issues if there is to be an appeal.

10         MR. DONAHOE:  All right.

11         Your Honor, it's my understanding the pleadings

12 are up into the -- let's see -- 700 now, 701 and I just got

13 assigned to this case, I believe, on Tuesday.

14         So, yeah, I would like an opportunity to go

15 through and see what's been filed.  I may join in some, we

16 may file some of our own.  I hope to have that done within

17 the next 45 days if that's all right with the Court?

18         THE COURT:  That is fine by me.

19         I was going to suggest we come back a little

20 sooner.

21         MR. DONAHOE:  I can do it sooner.

22         THE COURT:  Here's what I'd like to do.

23         Can we just come back in two weeks?  And that's

24 not with the expectation, Mr. Donahoe, that you'll have

25 gotten your arms wrapped around all of this and made

```
 1    whatever decisions you ultimately make with your client

 2    about motions.

 3              But I'd like to at least just check in with you

 4    and get a sense of what your thinking is.  And if within two

 5    weeks you're prepared to say, yeah, we're going to need a

 6    motions schedule, Judge, because we want to say something

 7    else or there's something particular to Mr. Greene that is

 8    not captured by the motions that have already been filed by

 9    others and you can tell us that in a couple weeks, great.

10    If you need more time, that's okay, too; I understand.  But

11    it won't hurt to at least set something down in the near

12    term to at least get us focused on that question.

13              So are you available at 11:00 a.m. on July the

14    14th?

15              MR. DONAHOE:  11:00 a.m.  Yes, I am, Your Honor.

16              THE COURT:  Okay.  Terrific.

17              So we'll do 11:00 a.m. on the 14th for Mr. Greene

18    and -- just as a check-in to see where thing are.  And if we

19    need a set a schedule for Mr. Greene, we can do that on that

20    date.

21              Otherwise, we will get out the revised pretrial

22    schedule.  In light of the February trial date, we'll get

23    that done in the next day or so.

24              Okay.  So anything else you'd like to raise,

25    Mr. Donahoe?
```

1      MR. DONAHOE:  Will Mr. Greene be participating in

2  that hearing on the 14th?

3      THE COURT:  Yes.  I mean, he certainly has a right

4  to be there.  Unless you're going to waive his presence, I

5  would expect that he'll participate in that hearing.

6      MR. DONAHOE:  I didn't know if it was attorneys

7  only or with clients.

8      No, that's all I have right now, Your Honor.

9  Thank you.

10      THE COURT:  All right.  Anything else anybody

11  wants to raise that affects everyone globally?

12      Mr. Cooper, did I skip over you in terms of

13  Ms. Steele?  I think I may have.  Sorry.  I see you're

14  smiling in the bottom corner there.

15      MR. COOPER:  Yes, you did, Your Honor, but I don't

16  take it personally.

17      Ms. Steele and I have nothing else to add.  We're

18  looking forward to the world of discovery, at least on our

19  part, becoming finite and rolling our sleeves and getting

20  started with this show.

21      THE COURT:  All right.  So anything else from

22  anyone for the case globally?

23      MS. HERNANDEZ:  Your Honor -- sorry, my video is

24  not on.

25      My recollection is several superseding indictments

1   ago and a status hearing ago, the Court was going to set a

2   new motions deadline for all the defense counsel in this

3   case, I think there were new charges at the time and that

4   type of thing, and the Court has not -- I don't know whether

5   the Pretrial Order will cover all those things, but there

6   were -- that was one of the things that was left open.

7           I don't know if the Court will recall, the

8   government wanted notice from the defense counsel whether

9   they were going to file alibi defenses or mental health

10  defenses or public-authority defenses, and the Court left it

11  open because our deadline for motions -- our new deadline

12  for motions in light of -- I don't remember if it was the

13  sixth superseding or which one it was, I just -- we can file

14  something with the Court with the specifics of that or --

15  just wanted to let the Court know.

16          THE COURT:  You'll have to remind me.  The

17  current -- the present indictment, does it contain -- remind

18  me if it contains charges that I've not already ruled on in

19  terms of the motions to dismiss that I handled last year --

20          MS. HERNANDEZ:  I don't think this --

21          THE COURT:  -- or whenever it was.

22          MS. HERNANDEZ:  Yeah, I don't believe this one

23  does, but I believe several -- the government added,

24  I believe, in 18 U.S.C. -- I want to say -- 382 charge --

25  which was new -- several indictments -- several supersedings

1    ago we had this issue come up.

2         And, this, again, I know I don't have those facts

3    in front of me, we could file something for the Court with

4    all those details if you want, get together with the

5    government and come back to Your Honor with something.  But

6    that's my recollection.  Maybe Ms. Rakoczy can add.

7         MS. RAKOCZY:  Yes, Your Honor, Ms. Hernandez is

8    correct.  The seventh superseding indictment returned in

9    January added a conspiracy under 18 U.S. Code, Section 372.

10        THE COURT:  Right.

11        MS. RAKOCZY:  And also the lead charge, instead of

12   being a 371 conspiracy, is now a conspiracy under 18 U.S.

13   Code, Section 1512(k).  It's the same pertinent facts and

14   theory but a different statutory provision.

15        THE COURT:  Right.  Okay.

16        So really the only real substantive new charge is

17   the 372 count, right?

18        MS. RAKOCZY:  Yes, Your Honor.

19        THE COURT:  Well, bottom line is, to your

20   question, Ms. Hernandez, is that we'll make sure we have a

21   new Rule 12 date in the Pretrial Order that we issue that's

22   pegged to the February trial date.

23        You know, it is up to you all obviously whether

24   you want to file anything new on the 372 count.

25        You all may or may not have seen my recent

1    decision in the Rhodes matter, but it did cover the

2    372 count, maybe other arguments people want to make; that's

3    fine.

4            However, if you simply want to join in the

5    arguments that were made by Mr. -- well, by the defendants

6    in that case, I think it was primarily Mr. Caldwell who did

7    the primary drafting on that, you know, just file a notice

8    indicating you're joining in that argument, and that way the

9    record will be clear that you've also moved to dismiss that

10   new count, okay?

11           MS. HERNANDEZ:  Your Honor, one other thing.

12           I note that the government has filed an

13   interlocutory appeal of Judge Nichols' decision in the 1512

14   count.  I haven't discussed this with the prosecution in

15   this case; I don't know whether that affects us at all.

16   I've never been in a situation where a case unrelated to the

17   case I've been in has -- may -- I don't know how the

18   Circuit, whether they're going to do an expedited argument

19   or anything.  I don't know if the Court has considered that

20   or if that's going to affect us.

21           THE COURT:  Let's put it this way.  I am not

22   delaying anything waiting on a decision from the Circuit.

23   So that would not be a wise calendar-management move on my

24   part to do that.

25           So, you know, the Miller case will proceed in

 1   whatever timetable it's proceeding, but we're going to go

 2   forward on our timetable in this case as it currently

 3   stands, okay?

 4            MS. HERNANDEZ:  Thank you, Your Honor.

 5            THE COURT:  All right.

 6            So unless there's anything else, Mr. Nestler, you

 7   filed the same motion, correct, the Rule of Professional

 8   Responsibility 1.8(e) I think it is, maybe it's (f), motion

 9   in this case that we dealt with in the Rhodes matter,

10   correct?

11            MR. NESTLER:  That's correct, Your Honor.

12            THE COURT:  Okay.

13            If memory serves, some of the counsel in this case

14   made representations that you reflected in the motion.

15   I haven't gone back to read it, but do you have a sense of

16   how many lawyers in this case you think it might impact?

17            MR. NESTLER:  I believe it only impacts two, which

18   would be Connie Meggs and her counsel, Mr. Woodward and

19   Ms. Haller; and then Mr. Isaacs, Mr. Rossi and his

20   colleagues.  Mr. Rossi has informed us that they are not

21   receiving any money from Defending the Republic but it's

22   from Mr. Isaacs and his family members, basically, is my

23   understanding; I think I put that in the motion.

24            THE COURT:  Okay.

25            MR. NESTLER:  So I believe the only fee agreement

1    that would be implicated would be for Connie Meggs.

2            THE COURT:  Okay.

3            So I'll just say this, and this is not to

4    foreclose or preclude anyone from being heard otherwise.

5            I think -- I'm just looking around.  I think most

6    of the defendants in this case have court-appointed counsel,

7    so really the issue is not affecting many of you.

8            But to the extent I'm missing anything and if

9    anyone has a fee agreement in place that involves an

10   agreement to receive legal fees from a third party that is

11   unrelated to the client, if you would please kindly get that

12   to me within a week, and you can just simply submit that to

13   chambers under seal.

14           If, Mr. Rossi, your third-party source is family

15   members -- Mr. Nestler, I don't think you're asking for me

16   to make the inquiry you're asking with respect to the other

17   fee arrangements, correct?

18           MR. NESTLER:  That's correct.

19           If it's family members, I believe 1.8 is still

20   implicated, but we don't have the same concerns that we had

21   as we laid out in our motion, Your Honor.

22           THE COURT:  Okay.

23           So, Mr. Rossi, I don't know if you've got any such

24   fee agreement in place, but bottom line is, if the source of

25   funding is from a relative, then that's not something I need

1    to take a look at, okay?

2              MR. ROSSI:  Thank you, Your Honor.  Thank you.

3              THE COURT:  Okay.

4              All right.  Is there anything else we need to take

5    up before we adjourn?  I want to set a new date for us to

6    just get back together.  We need to set conditions for

7    Mr. Greene, and we need to set or at least discuss

8    conditions for Mr. Beeks.

9              Are we tolled through the trial date at this point

10   or just through today?

11             COURTROOM DEPUTY:  Your Honor, we're just tolled

12   through today.

13             THE COURT:  Okay.

14             MS. RAKOCZY:  Your Honor, one other housekeeping

15   matter.

16             I don't believe -- although the Court ruled on

17   this in the Rhodes case, Defendant Connie Meggs in this case

18   also filed the motion for a change of venue that I don't

19   believe the Court has addressed in this case.  I just wanted

20   to raise that for the Court's awareness.

21             THE COURT:  Right.

22             I mean -- right.  I think your point is a good

23   one.  The intention was to -- the ruling that I made in the

24   Rhodes matter applies equally to Ms. Meggs in this matter.

25   So I guess I ought to just formally note that in a

1    Minute Entry.

2            And to the extent that anybody would like to join

3    in that motion, I don't think anybody from this case

4    formally joined in that motion for transfer of venue.

5    Again, just file a notice so the record is clear that you've

6    joined in that motion and that my ruling applies equally to

7    your request for a venue transfer in light of the additional

8    evidence that was submitted in connection with Ms. Meggs'

9    transfer motion.

10           MS. HERNANDEZ:  But, Your Honor -- I haven't read

11   Connie Meggs' motion, but I'm not sure if it covered the

12   January 6th Committee hearings.  And my understanding is

13   they have announced -- one of the Congressmen has announced

14   that one of the hearings is going to focus on the Oath

15   Keepers and other -- I won't describe how the January 6th

16   Committee refers to our clients, but I don't know whether

17   that changes the landscape on the venue motion.

18           THE COURT:  Look, the landscape is always

19   changing.  So if there is new evidence that you think bears

20   on the venue-transfer motion, then you're welcome to

21   supplement what's already been filed or file something in

22   it.

23           So, you know, we'll just -- as I said, if what

24   comes to pass in one of these committee hearings is what

25   you've suggested, Ms. Hernandez, and then obviously if

1  there's discovery or relevant material disclosed by the

2  Committee, you know, that may -- those are new facts that

3  obviously anyone can raise with me to take into account in

4  terms of a venue motion.

5       Why don't we set something out that's a little bit

6  further out.  I don't know that we need to meet in 30 days.

7  Plus given the summer months, it may be difficult to gather

8  everybody during that period of time.

9       So are you all available August the 25th at

10 11:00 a.m.?

11      MR. MACHADO:  Your Honor, I am not, unfortunately.

12 John Machado on behalf of Sandra Parker.  I have a matter in

13 Virginia.

14      MR. BRENNWALD:  I can stand in for Mr. Machado if

15 that helps.  I'm available.

16      THE COURT:  That would help, Mr. Brennwald.

17 Thank you.

18      Does anybody else have a conflict?

19      Okay.  So, Mr. Machado, with the understanding

20 that Mr. Brennwald will be standing in for you, why don't we

21 set down August 25th at 11:00 a.m.

22      Is there any objection to tolling time through

23 August the 25th?

24      All right.  Hearing none, I'll make the finding

25 that the interests of justice outweigh the interests of the

1    public and the defendants in a speedy trial.  I'll exclude

2    time through August the 25th, given the complexity of the

3    case, the ongoing discovery, the ongoing consideration of

4    possible motions, and the need for defense counsel to

5    prepare for trial.  The exclusion of that time is warranted

6    through August the 25th.

7           Okay.  So I think what that leaves then is just --

8    unless there's anything else that affects all defendants and

9    all counsel, I just need Mr. Uller, Ms. Ettinger, and

10   Mr. Donahoe and their clients to hang back so we can just

11   deal with the issues that are specific to them.

12          MR. COOPER:  Thank you, Your Honor.  Have a good

13   day.

14          THE COURT:  Thank you, everyone.  Be well.

15          So why don't we start with Mr. Donahoe for

16   Mr. Greene.

17          I think we just need to set conditions of release.

18   Is the government asking for anything particular to

19   Mr. Greene other than the conditions that were -- that he

20   was released on by the magistrate?

21          MS. RAKOCZY:  Your Honor, we would ask that the

22   Court adopt the conditions that Pretrial proposed in their

23   report today, because those are almost entirely consistent

24   with what has been imposed in this case.  Our only

25   additional request, which we have made of all defendants in

1   this case but I have not had an opportunity to discuss with

2   Mr. Donahoe, is that we have asked that the defendants --

3   and we would ask that Mr. Greene -- be precluded from

4   Internet usage except attending court hearings,

5   communicating with counsel, and viewing discovery materials

6   in the case.

7            THE COURT:  Mr. Donahoe, do you have objections to

8   those conditions of release of your client?

9            MR. DONAHOE:  Yes, Your Honor, I would object to

10  the condition that he not be allowed to use the Internet.

11  I don't see any connection between that and the flight risk

12  and safety of the community, and I don't think this is a

13  case that calls for that.

14           THE COURT:  Okay.

15           Let me just take a look.  I have not familiarized

16  myself with the facts as they relate to Mr. Greene.  So let

17  me take a look at the indictment and anything that -- do we

18  have a transcript from his detention hearing?  Is there

19  anything from that transcript that might shed light on his

20  role or the request for that additional condition?

21           MS. RAKOCZY:  Your Honor, the government did not

22  request detention at the Indiana hearing.

23           THE COURT:  Okay.

24           So here's what we'll do.  We'll set conditions of

25  release for Mr. Greene that are the conditions that were

1    requested by Pretrial Services.  I will hold for further

2    consideration the government's request for the additional

3    condition limiting his access to the Internet, and we will

4    take it from there, okay?

5              All right.  So, Mr. Donahoe, unless there's

6    anything else, you and Mr. Greene are free to leave.

7              All right.  Let's turn then to Mr. Uller and

8    Mr. Beeks and Ms. Ettinger.

9              So I read the status update about Mr. Beeks'

10   efforts to gain employment and residency in the Florida area

11   and that he wishes to continue to stay there, at least in

12   the short term, to try and find work there, but if that

13   doesn't happen, he may need to return to North Carolina.

14             What does that mean in terms of what I need to do

15   today or in the near future with his release conditions?

16             MR. ULLER:  Judge, I guess in speaking to both

17   Pretrial as well as counsel for the government, it was

18   Pretrial's position that they wouldn't order extra

19   conditions of a home visit or check-ins with the Pretrial

20   Office in Florida absent a court order.

21             Given the fact that while he's been -- Mr. Beeks

22   has been under kind of a -- this -- the conditions that have

23   been in place since he went back to North Carolina are less

24   stringent due to the rural nature of where he lives there,

25   the government thought, while he's in Florida, they would --

1    I don't want to speak for the government if I have this at

2    all wrong, Mr. Nestler or Ms. Rakoczy will absolutely

3    clarify -- but while he's there, they want some additional

4    oversight.  The daily phone check-ins from, I think, the

5    government's perspective, they would just like a little bit

6    more.  Pretrial won't order that or have Mr. Beeks do that

7    absent a court order.

8              THE COURT:  Mr. Uller, let me ask you, what's his

9    current report?  How often is he reporting?

10             MR. ULLER:  He's calling in on a daily basis.

11             THE COURT:  Okay.

12             So what more is the government seeking then than

13   daily call-ins?  Are they asking for a home visit?  Is there

14   anything other than that?

15             MR. ULLER:  I think that would like both a home

16   visit, as well as a requirement that Mr. Beeks show --

17   check-in in person in the Florida Pretrial Office once a

18   week just to confirm that he's in that district, I think, is

19   the primary objective.

20             And I want to be clear, we don't oppose the Court

21   ordering those slight modifications.

22             THE COURT:  Okay.

23             Well, how long do you think -- I think you sort of

24   alluded to this in your motion, but how long is he expecting

25   to remain in Florida before he --

1          MR. ULLER:  About another week and a half, two

2    weeks max.

3          I think the 9th, July 9th was the date that was

4    sort of -- he was planning on returning.

5          I understand from my conversations with Mr. Beeks

6    that he's working hard to find employment, and hopefully

7    that can happen here.  And if it has to be extended a couple

8    days, then hopefully we have that flexibility.

9          THE COURT:  I'm not sure we need to have Pretrial

10   run out to conduct a home visit for a potential nine-day

11   stay when, really, there's -- no concern has been brought to

12   my attention about Mr. Beeks, either, one, not being where

13   he purports to be, and, two, that he's not in compliance

14   with other conditions.  So let's just hold off.

15         And, Mr. Uller, if you would just file something

16   by the 9th indicating -- I guess that's really the 11th,

17   let's say the 11th since the 9th is a Saturday -- about your

18   client's plans.  If it is for a longer stay in Florida, let

19   us know that and we can adjust appropriately.  If he's going

20   to pick up stakes and move back to North Carolina, then we

21   can adjust accordingly, okay?

22         MR. ULLER:  Of course.

23         MR. NESTLER:  Your Honor, just so we're clear, the

24   government's concern was that Mr. Beeks has been in Florida

25   for, I think, over a week now, I don't know how much longer,

1    but Pretrial has never seen where he -- he says he's in

2    Florida now, we have no reason to think that's not correct,

3    but Pretrial has no way of ever verifying that, they've

4    never seen him in Florida.

5            He was on electronic monitoring.  We had made sort

6    of a dispensation when he needed to find additional housing

7    and the housing he wanted to stay at couldn't handle

8    electronic monitoring, but that was back in April, that was

9    supposed to be for a few weeks until he figured things out.

10   So it's now been over two months and he still doesn't sort

11   of have a stable place to go.

12           And our concern is that Pretrial hasn't even seen

13   where he purports to be living.  We have no idea if there's

14   firearms there, we have no idea if he's there.  So we wanted

15   Pretrial to at least do some sort of home visit like that

16   and put eyes on him.

17           We understand he's trying to find stable

18   employment and housing, but in the interim, we think a daily

19   phone check-in may not be the best or adequate in order to

20   supervise him.  I mean, I understand Pretrial needs the

21   Court to, I guess, order them to do the home visit, because

22   he's not actually living in Florida, he's only there for

23   several weeks or months and not actually living there, which

24   is also a little non-traditional, given that typically in

25   this situation, someone would have a residence they would

1    live at and then Pretrial would do a monthly home visit.

2              THE COURT:  I mean, I can ask Pretrial to come

3    out, if it's not objected to, to satisfy the government that

4    he is where he says he is.

5              So I'll just ask Pretrial to arrange to do a home

6    visit with Mr. Beeks within the next week and I'll issue an

7    order to that effect so that they can do that.

8              Mr. Uller, I'll just rely upon you to notify

9    Pretrial of your client's address; I assume they may already

10   have it.

11             MR. ULLER:  Yes, of course.

12             MR. NESTLER:  Thank you, Your Honor.

13             THE COURT:  Okay.

14             Anything else then on behalf of Mr. Beeks?

15             MR. ULLER:  No, Judge.

16             THE COURT:  Okay.  Thank you, all.  Be well.

17             (Proceedings concluded at 4:51 p.m.)

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__July 21, 2022_____      

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [5]** 5/2 6/11 7/6 13/21 27/11
**DEFENDANT GREENE: [4]** 6/10 6/13 6/18 7/5
**MR. BRENNWALD: [2]** 14/23 29/14
**MR. COOPER: [2]** 21/15 30/12
**MR. DONAHOE: [8]** 8/4 17/19 19/10 19/21 20/15 21/1 21/6 31/9
**MR. MACHADO: [4]** 13/8 13/23 14/17 29/11
**MR. NESTLER: [6]** 25/11 25/17 25/25 26/18 34/23 36/12
**MR. ROSSI: [2]** 15/24 27/2
**MR. ULLER: [13]** 16/3 16/15 16/25 17/6 17/13 17/16 32/16 33/10 33/15 34/1 34/22 36/11 36/15
**MR. WOODWARD: [3]** 15/4 15/14 15/20
**MS. HERNANDEZ: [8]** 11/14 13/1 21/23 22/20 22/22 24/11 25/4 28/10
**MS. RAKOCZY: [11]** 8/20 10/1 11/10 12/11 18/10 23/7 23/11 23/18 27/14 30/21 31/21
**THE COURT: [59]**

**0**

**0840 [1]** 2/7

**1**

**1.8 [2]** 25/8 26/19
**1000 [1]** 3/17
**10174 [1]** 3/8
**1025 [1]** 3/3
**111 [1]** 3/22
**11:00 [4]** 20/13 20/15 20/17 29/21
**11:00 a.m [1]** 29/10
**11th [2]** 34/16 34/17
**12 [2]** 19/3 23/21
**1434 [1]** 2/16
**14th [3]** 20/14 20/17 21/2
**1512 [5]** 7/13 7/16 7/25 23/13 24/13
**16 [1]** 5/7
**1752 [1]** 7/22
**18 [5]** 7/12 7/15 7/18 7/21 7/25
**18 U.S [2]** 23/9 23/12
**18 U.S.C [1]** 22/24
**1808 [1]** 2/19
**19 [2]** 5/7 37/6
**1st [2]** 13/13 13/15

**2**

**20 [2]** 5/8 7/9

**20003 [1]** 2/10
**20007 [1]** 3/4
**20010 [1]** 2/19
**202 [5]** 1/16 2/16 2/20 3/4 4/7
**2022 [2]** 1/5 37/10
**20530 [1]** 1/15
**20777 [1]** 2/3
**21 [1]** 37/10
**21-28 [2]** 1/4 5/3
**21-28-20 [1]** 7/9
**212 [1]** 3/9
**22 [1]** 3/17
**221-9900 [1]** 3/14
**2310 [1]** 3/13
**240 [1]** 2/3
**252-6928 [1]** 1/16
**25th [5]** 29/9 29/21 29/23 30/2 30/6
**260-9900 [1]** 3/18
**2747 [1]** 3/9
**28 [2]** 1/4 5/3

**3**

**30 [1]** 1/5
**30 days [1]** 29/6
**301 [1]** 2/11
**310 [1]** 2/6
**317 [1]** 3/23
**3200 [1]** 3/22
**3249 [1]** 4/7
**333 [1]** 4/6
**3391 [1]** 2/3
**350 [1]** 2/15
**3520 [1]** 3/23
**354-3249 [1]** 4/7
**36th [1]** 3/8
**371 [1]** 23/12
**372 [4]** 7/19 23/9 23/17 23/24
**372 count [1]** 24/2
**382 [1]** 22/24
**383-3520 [1]** 3/23

**4**

**400 [2]** 2/14 3/3
**400-1434 [1]** 2/16
**405 [1]** 3/7
**411 [1]** 3/12
**414 [1]** 3/14
**45 [1]** 19/17
**46204 [1]** 3/23
**472-3391 [1]** 2/3
**4:07 [1]** 1/6
**4:51 [1]** 36/17

**5**

**503 [1]** 2/6
**53202 [1]** 3/13
**53703 [1]** 3/18
**555 [1]** 1/15
**5th [1]** 2/14

**6**

**608 [1]** 3/18
**6928 [1]** 1/16
**6th [4]** 11/17 13/12 28/12 28/15

**700 [1]** 19/12
**701 [1]** 19/12
**703 [1]** 2/7
**7166 [1]** 2/2
**7447 [1]** 2/20
**7727 [1]** 2/11
**785-2747 [1]** 3/9

**8**

**8100 [1]** 3/4

**9**

**922 [1]** 2/10
**928-7727 [1]** 2/11
**965-8100 [1]** 3/4
**989-0840 [1]** 2/7
**9900 [2]** 3/14 3/18
**996-7447 [1]** 2/20
**9th [4]** 34/3 34/3 34/16 34/17

**A**

**a.m [5]** 20/13 20/15 20/17 29/10 29/21
**abetting [2]** 7/15 7/24
**about [9]** 11/21 16/7 16/17 18/25 20/2 32/9 34/1 34/12 34/17
**above [1]** 37/4
**above-titled [1]** 37/4
**absent [2]** 32/20 33/7
**absolutely [1]** 33/2
**access [1]** 32/3
**accommodate [1]** 14/15
**accordingly [1]** 34/21
**account [1]** 29/3
**accurate [1]** 13/20
**across [1]** 18/3
**actually [2]** 35/22 35/23
**add [5]** 11/8 14/23 18/9 21/17 23/6
**added [3]** 6/5 22/23 23/9
**addition [1]** 8/18
**additional [8]** 8/21 19/5 28/7 30/25 31/20 32/2 33/3 35/6
**address [1]** 36/9
**addressed [1]** 27/19
**adequate [1]** 35/19
**adjourn [1]** 27/5
**adjust [2]** 34/19 34/21
**adopt [1]** 30/22
**advised [1]** 9/9
**affect [1]** 24/20
**affecting [1]** 26/7
**affects [2]** 21/11 24/15 30/8
**after [1]** 19/3
**afternoon [5]** 5/2 5/25 6/2 11/14 15/4
**again [2]** 23/2 28/5
**against [2]** 7/4 8/10
**Agency [2]** 4/2 5/22
**ago [4]** 17/4 22/1 22/1

**agreement [4]** 25/25 26/9 26/10 26/24
**aided [1]** 4/9
**aiding [2]** 7/15 7/24
**AL [1]** 1/6
**alibi [1]** 22/9
**all [45]**
**all right [3]** 17/17 19/10 19/17
**allegations [1]** 8/21
**allowed [1]** 31/10
**alluded [1]** 33/24
**almost [1]** 30/23
**alone [1]** 17/9
**already [5]** 18/23 20/8 22/18 28/21 36/9
**also [5]** 5/22 23/11 24/9 27/18 35/24
**although [1]** 27/16
**always [4]** 14/18 28/18 28/18
**am [3]** 20/15 24/21 29/11
**amenable [1]** 15/7
**AMERICA [2]** 1/3 5/4
**AMIT [1]** 1/10
**amount [1]** 18/22
**Andre [2]** 4/2 5/21
**announced [3]** 7/1 28/13 28/13
**another [1]** 34/1
**answered [1]** 10/16
**any [17]** 7/18 8/18 8/24 8/24 9/24 11/4 11/9 12/21 16/17 17/7 17/22 19/5 19/9 25/21 26/23 29/22 31/11
**anybody [4]** 21/10 28/2 28/3 29/18
**anyone [4]** 21/22 26/4 26/9 29/3
**anything [20]** 11/8 11/15 17/15 18/9 20/24 21/10 21/21 23/24 24/19 24/22 25/6 26/8 27/4 30/8 30/18 31/17 31/19 32/6 33/14 36/14
**aol.com [1]** 2/4
**apologize [1]** 15/11
**appeal [2]** 19/9 24/13
**APPEARANCES [4]** 1/12 1/19 2/22 3/24
**appearing [2]** 5/22 5/23
**appears [1]** 11/5
**applicable [1]** 9/4
**applies [2]** 27/24 28/6
**apply [2]** 9/4 16/11
**appointed [1]** 26/6
**appropriately [1]** 34/19
**approximately [1]** 13/16
**approximation [1]** 14/20
**April [1]** 35/8
**Arden [1]** 3/15
**are [40]**
**area [1]** 32/10

**argument [4]** 17/7 17/11 24/8 24/18
**arguments [3]** 16/10 24/2 24/5
**arms [2]** 19/3 19/25
**around [3]** 19/4 19/25 26/5
**arraigned [4]** 6/24 8/13 8/14 8/25
**arraignment [1]** 8/15
**arrange [1]** 36/5
**arrangements [1]** 26/17
**as [21]** 8/18 9/5 9/21 10/3 10/23 11/5 12/18 13/5 14/17 17/1 18/1 18/21 20/18 25/2 26/21 28/23 31/16 32/17 32/17 33/16 33/16
**aside [1]** 14/11
**ask [7]** 7/3 17/6 30/21 31/3 33/8 36/2 36/5
**asked [1]** 31/2
**asking [4]** 26/15 26/16 30/18 33/13
**assigned [2]** 6/23 19/13
**assume [2]** 9/2 36/9
**assumed [2]** 9/9 9/20
**assumption [1]** 9/3
**attending [1]** 31/4
**attention [1]** 34/12
**attorney [2]** 13/2 13/3
**ATTORNEY'S [2]** 1/14 10/25
**attorneys [4]** 10/8 10/11 12/12 21/6
**August [5]** 29/9 29/21 29/23 30/2 30/6
**authority [1]** 22/10
**authorized [2]** 13/2 13/3
**available [6]** 10/10 15/15 18/16 20/13 29/9 29/15
**Avenue [4]** 2/10 3/7 3/12 4/6
**aware [3]** 9/20 10/3 18/21
**awareness [1]** 27/20

**B**

**back [13]** 9/16 10/16 15/7 15/12 19/19 19/23 23/5 25/15 27/6 30/10 32/23 34/20 35/8
**background [1]** 12/2
**Barrett [1]** 4/5
**based [2]** 11/17 17/8
**basically [1]** 25/22
**basis [1]** 33/10
**be [33]** 6/24 8/13 8/13 11/22 12/19 12/24 14/7 14/9 14/17 14/18 15/15 18/7 18/7 19/9 21/1 21/4 24/9 24/23 25/18 26/1 26/1 29/7 29/20 30/14 31/3 31/10 33/20

**B**

be... [6]  34/7 34/13
35/9 35/13 35/19 36/16
bears [1]  28/19
because [7]  11/23
11/24 13/10 20/6 22/11
30/23 35/21
becoming [1]  21/19
Beeks [15]  3/11 5/7
5/19 16/2 16/6 27/8
32/8 32/21 33/6 33/16
34/5 34/12 34/24 36/6
36/14
Beeks' [2]  16/17 32/9
been [24]  6/23 7/10
9/11 10/18 11/20 11/24
16/9 18/1 18/2 18/3
18/22 19/6 19/15 20/8
24/16 24/17 28/21
30/24 32/21 32/22
32/23 34/11 34/24
35/10
before [5]  1/10 9/8
13/14 27/5 33/25
begin [1]  6/6
beginning [1]  13/12
behalf [12]  7/2 8/4 11/8
11/13 13/7 14/22 15/2
15/22 16/2 16/6 29/12
36/14
being [4]  13/12 23/12
26/4 34/12
believe [11]  8/25 11/19
19/13 22/22 22/23
22/24 25/17 25/25
26/19 27/16 27/19
Bennie [3]  2/9 5/5 5/13
best [1]  35/19
between [1]  31/11
bit [4]  14/16 18/2 29/5
33/5
bond [1]  16/17
both [2]  32/16 33/15
bottom [3]  21/14 23/19
26/24
BRAND [1]  2/18
brandwoodwardlaw.c
om [1]  2/21
Brennwald [6]  2/9 2/9
5/13 14/22 29/16 29/20
bring [2]  11/15 11/23
brought [1]  34/11
budget [1]  18/13
budgeting [1]  18/11
building [1]  7/21
bumped [2]  9/12 9/16
business [2]  6/4 6/24

**C**

Caldwell [1]  24/6
calendar [4]  13/11
13/19 13/22 24/23
calendar-management
[1]  24/23
call [1]  33/13
call-ins [1]  33/13
calling [1]  33/10
calls [1]  31/13

camera [3] 4/2 6/1 6/13
6/20
can [20]  6/16 6/18 6/18
15/15 18/16 19/21
19/23 20/9 20/19 22/13
23/6 26/12 29/3 29/14
30/10 34/7 34/19 34/21
36/2 36/7
can't [1]  14/15
captured [1]  20/8
cards [1]  14/3
care [2]  15/12 17/4
CARLTON [1]  3/2 3/7
carltonfields.com [2]
3/5 3/10
Carmen [2]  2/2 5/11
Carolina [3]  32/13
32/23 34/20
case [43]
case-specific [1]  10/4
case-specific-discover
y [1]  10/17
cases [3]  10/9 10/11
18/4
caused [1]  14/4
Ceremonial [1]  14/7
certainly [2]  12/7 21/3
Certified [1]  4/4
certify [1]  37/2
CH [1]  4/5
chambers [1]  26/13
change [3]  14/16 18/8
27/18
changes [4]  8/18 9/22
18/3 28/17
changing [1]  28/19
charge [3]  22/24 23/11
23/16
charged [1]  7/10
charges [3]  6/25 22/3
22/18
charging [1]  9/5
check [8]  6/2 13/9 20/3
20/18 32/19 33/4 33/17
35/19
check-in [3]  20/18
33/17 35/19
check-ins [2]  32/19
33/4
chernan7 [1]  2/4
chime [1]  17/24
Circle [1]  3/22
Circuit [2]  24/18 24/22
civilian [1]  10/5
clarify [1]  33/3
clear [6]  9/20 12/19
24/9 28/5 33/20 34/23
client [4]  18/24 20/1
26/11 31/8
client's [3]  17/2 34/18
36/9
clients [6]  8/12 8/25
11/24 21/7 28/16 30/10
Code [7]  7/12 7/16
7/19 7/22 7/25 23/9
23/13
colleagues [1]  25/20
colloquy [1]  15/8

come [7]  14/14 15/12
19/19 19/23 23/1 23/5
36/2
comes [3]  12/19 13/6
28/24
coming [1]  15/7
committee [5]  11/18
28/12 28/16 28/24 29/2
communicating [1]
31/5
community [2]  3/21
31/12
complexity [1]  30/2
compliance [1]  34/13
computer [1]  4/9
computer-aided [1]
4/9
concern [3]  34/11
34/24 35/12
concerns [1]  26/20
concluded [1]  36/17
concluding [1]  10/3
condition [3]  31/10
31/20 32/3
conditions [12]  27/6
27/8 30/17 30/19 30/22
31/8 31/24 31/25 32/15
32/19 32/22 34/14
conduct [1]  34/10
CONFERENCE [1]  1/9
confirm [2]  8/11 33/18
conflict [2]  15/6 29/18
conflicts [1]  15/10
Congressmen [1]
28/13
connection [2]  28/8
31/11
Connie [6]  2/18 5/6
25/18 26/1 27/17 28/11
consideration [2]  30/3
32/2
considered [1]  24/19
consistent [1]  30/23
conspiracy [5]  7/11
7/17 23/9 23/12 23/12
Constitution [1]  4/6
constraints [1]  14/4
contacted [1]  11/21
contain [1]  22/17
contains [1]  22/18
continuance [1]  12/3
continue [6]  10/18
10/21 10/23 11/17 12/8
32/11
CONTINUED [3]  2/1
3/1 4/1
convenience [2]  15/7
15/16
conversations [1]  34/5
Cooper [4]  2/13 2/14
5/14 21/12
copy [1]  7/7
corner [1]  21/14
correct [11]  8/19 13/17
13/18 23/8 25/7 25/10
25/11 26/17 26/18 35/2

could [3]  6/11 14/7
23/3
couldn't [1]  35/7
counsel [18]  6/7 7/1
7/7 8/12 8/24 10/3 10/8
15/10 17/22 22/2 22/8
25/13 25/18 26/6 30/4
30/9 31/5 32/17
count [10]  7/11 7/14
7/17 7/20 7/23 23/17
23/24 24/2 24/10 24/14
Count 1 [1]  7/11
Count 2 [1]  7/14
Count 3 [1]  7/17
Count 5 [1]  7/20
Count 9 [1]  7/23
counts [2]  7/10 8/9
couple [2]  17/4 20/9
34/7
course [2]  34/22 36/11
court [34]  1/1 4/3 4/5
11/23 12/13 13/4 13/4
13/9 13/14 13/15 16/12
16/17 17/7 17/8 17/22
19/17 22/1 22/4 22/7
22/10 22/14 22/15 23/3
24/19 26/6 27/16 27/19
30/22 31/4 32/20 33/7
33/20 35/21 37/7
Court's [3]  15/7 15/15
17/20
court-appointed [1]
26/6
Courtroom [1]  14/7
cover [2]  22/5 24/1
covered [1]  28/11
COVID [1]  37/6
COVID-19 [1]  37/6
CR [1]  1/4
Criminal [2]  5/3 7/9
CROWL [5]  1/6 2/2 5/4
5/11 11/13
CRR [2]  37/2 37/11
cs.com [2]  2/11
current [1]  18/5 22/17
33/9
currently [1]  25/2

**D**

D.C [8]  1/5 1/15 2/7
2/10 2/15 2/19 3/4 4/6
daily [4]  33/4 33/10
33/13 35/18
date [13]  9/10 11/6
15/12 17/7 18/5 20/20
20/22 23/21 23/22 27/5
27/9 34/3 37/10
dates [2]  14/12 14/19
day [3]  20/23 30/13
34/10
days [4]  17/4 19/17
29/6 34/8
deadline [3]  22/2 22/11
22/11
deal [1]  30/11
dealt [1]  25/9
December [1]  9/11

decision [3]  24/1 24/13
24/22
decisions [1]  20/1
defendant [28]  2/2 2/5
2/9 2/13 2/18 3/2 3/11
3/20 5/4 5/5 5/5 5/6 5/6
5/7 5/7 5/8 5/11 5/12
5/13 5/14 5/15 5/16
5/19 5/20 6/5 7/7 8/18
27/17
Defendant Beeks [1]
5/19
Defendant No [1]  5/5
defendants [17]  1/7
5/23 8/24 9/4 10/11
11/2 11/25 12/23 14/3
14/5 14/14 24/5 26/6
30/1 30/8 30/25 31/2
DEFENDER [2]  3/11
3/16
DEFENDERS [1]  3/21
Defending [1]  25/21
defense [15]  8/12 8/24
10/11 10/13 10/15 11/1
12/12 12/14 12/21 13/2
13/3 17/22 22/2 22/8
30/4
defenses [3]  22/9
22/10 22/10
delaying [1]  24/22
describe [1]  28/15
details [1]  23/4
detention [3]  31/18
31/22
did [5]  21/12 21/15
24/1 24/6 31/21
didn't [1]  21/6
different [1]  23/14
differently [1]  18/18
difficult [1]  29/7
discharge [1]  7/18
disclosed [1]  29/1
discovery [10]  10/4
10/17 10/20 11/3 11/4
18/22 21/18 29/1 30/3
31/5
discuss [3]  12/14 27/7
31/1
discussed [1]  24/14
discussions [1]  16/7
dismiss [2]  22/19 24/9
dispensation [1]  35/6
district [5]  1/1 1/1 1/10
1/14 33/18
do [33]  8/2 8/3 8/5 8/13
8/13 8/24 8/24 9/2 9/2
9/18 12/9 13/9 15/8
16/13 16/14 19/1 19/21
19/22 20/17 20/19
24/18 24/24 25/15 31/7
31/17 31/24 32/14 33/6
33/23 35/15 35/21 36/1
36/5 36/7
do you [2]  8/2 8/3
do you have [2]  25/15
31/7
do you think [1]  33/23
docket [2]  16/13 19/9

**D**

document [1]  9/5
documents [1]  7/23
does [6]  16/8 16/19
22/17 22/23 29/18
32/14
doesn't [2]  32/13 35/10
doing [1]  6/1
don't [43]
donahoe [16]  3/20
3/24 5/20 7/2 8/7 17/18
17/19 18/1 18/14 19/24
20/25 30/10 30/15 31/2
31/7 32/5
Donahue [1]  7/3
done [4]  15/18 17/4
19/16 20/23
DONOVAN [2]  1/6 5/4
Douyon [1]  13/18
down [6]  11/5 11/12
13/12 15/12 20/11
29/21
drafting [1]  24/7
drop [1]  11/18
due [1]  32/24
during [2]  29/8 37/5
duties [1]  7/18
DéShanté [1]  4/2 5/21

**E**

each [2]  8/9 9/4
East [2]  3/12 3/17
Edmund [1]  2/18
effect [2]  16/13 36/7
efforts [1]  32/10
eight [5]  14/3 14/7
14/13 14/14 14/15
eight-person [1]  14/13
eighth [4]  7/8 8/2 16/8
16/11
either [1]  34/12
electronic [2]  35/5
35/8
else [14]  11/8 18/9
18/19 20/7 20/24 21/10
21/17 21/21 25/6 27/4
29/18 30/8 32/6 36/14
Email [12]  1/16 1/17
2/4 2/8 2/11 2/16 2/20
3/5 3/9 3/14 3/19 3/24
employment [3]  32/10
34/6 35/18
enable [1]  6/20
end [2]  13/23 16/24
enter [2]  7/2 8/8
entering [1]  7/20
entirely [1]  30/23
entries [1]  9/3
Entry [1]  28/1
enunciating [1]  17/19
equal [1]  16/11
equally [2]  27/24 28/6
equipment [1]  14/9
estimate [2]  18/1 18/8
estimated [1]  17/23
ET [1]  1/6
ettinger [7]  3/15 3/19
5/18 16/2 17/6 30/9

Eugene [2]  3/2 5/16
even [3]  6/19 9/8 35/12
ever [1]  35/3
everybody [8]  6/1 6/3
9/19 9/20 14/13 15/19
16/22 29/8
everyone [4]  5/25
18/19 21/11 30/14
evidence [5]  10/7
10/10 12/20 28/8 28/19
Evidence.com [1]
10/22
except [2]  11/15 31/4
exclude [1]  30/1
exclusion [1]  30/5
excuse [1]  9/18
expect [2]  8/14 21/5
expectation [1]  18/6
19/24
expecting [1]  33/24
expedited [1]  24/18
extended [1]  34/7
extent [2]  26/8 28/2
extra [1]  32/18
eyes [1]  35/16

**F**

fact [2]  16/8 32/21
facts [4]  23/2 23/13
29/2 31/16
factual [1]  8/21
fair [2]  18/8 18/21
familiarized [1]  31/15
family [3]  25/22 26/14
26/19
FBI's [1]  10/24
fd.org [3]  3/14 3/19
3/24
February [13]  9/17
11/6 12/4 13/12 13/13
13/15 13/19 14/14 18/5
18/16 18/17 20/22
23/22
FEDERAL [3]  3/11
3/16 3/21
fee [4]  25/25 26/9
26/17 26/24
fees [1]  26/10
few [7]  8/21 10/5 10/6
10/14 10/19 16/5 35/9
FIELDS [2]  3/2 3/7
figured [1]  35/9
file [15]  12/15 12/16
12/16 16/12 18/24 19/5
19/16 22/9 22/13 23/3
23/24 24/7 28/5 28/21
34/15
filed [10]  16/5 16/9
16/18 19/7 19/15 20/8
24/12 25/7 27/18 28/21
filing [1]  11/22
find [5]  9/10 32/12 34/6
35/6 35/17
finding [1]  29/24
fine [5]  6/18 6/19 19/7
19/18 24/3
finite [1]  21/19

first [4]  6/4 6/23 9/14
10/9
flag [1]  11/1
flexibility [1]  34/8
flexible [1]  14/18
flight [1]  31/11
Floor [1]  3/8
Florida [10]  32/10
32/20 32/25 33/17
33/25 34/18 34/24 35/2
35/4 35/22
focus [1]  28/14
focused [1]  20/12
following [1]  7/10
force [1]  16/11
foreclose [1]  26/4
foregoing [1]  37/3
formal [1]  7/3 8/2
formally [3]  9/9 27/25
28/4
forward [2]  21/18 25/2
four [2]  13/16 13/24
four-week [1]  13/16
Fourth [1]  1/15
free [1]  32/6
front [1]  23/3
full [1]  18/12
funding [1]  26/25
further [3]  17/15 29/6
32/1
future [1]  32/15

**G**

gain [1]  32/10
gather [1]  29/7
generally [1]  15/15
get [13]  9/8 9/16 15/10
15/18 17/3 18/16 20/4
20/12 20/21 20/22 23/4
26/11 27/6
getting [2]  18/19 21/19
give [1]  12/4
given [6]  14/8 18/3
29/7 30/2 32/21 35/24
global [2]  10/20 11/3
globally [2]  21/11
21/22
gmail.com [1]  2/8
go [6]  10/9 10/23 11/12
19/14 25/1 35/11
goes [1]  14/18
going [19]  6/25 7/1
9/12 9/13 9/16 9/21
14/12 17/8 18/2 19/19
20/5 21/4 22/1 22/9
24/18 24/20 25/1 28/14
34/19
gone [2]  10/16 25/15
good [6]  5/2 5/25
11/14 15/4 27/22 30/12
got [2]  19/12 26/23
gotten [2]  19/3 19/25
government [18]  1/13
5/10 9/6 11/9 11/21
16/18 17/22 22/8 22/23
23/5 24/12 30/18 31/21
32/17 33/20 33/1 33/21

government's [4]  10/2
32/2 33/5 34/24
granted [1]  12/2
great [1]  20/9
Greene [24]  3/20 5/8
5/20 6/6 6/8 6/11 6/16
7/4 7/9 8/4 8/10 8/19
8/22 20/7 20/17 20/19
21/1 27/7 30/16 30/19
31/3 31/16 31/25 32/6
grossi [1]  3/5
grounds [1]  7/21
group [1]  11/16
guess [7]  9/8 16/4
18/14 27/25 32/16
34/16 35/21
guilty [2]  8/5 8/9
Gumby [1]  14/18

**H**

had [10]  13/11 13/13
14/19 16/7 16/17 17/3
23/1 26/20 31/1 35/5
half [1]  34/1
Haller [2]  15/2 25/19
handle [1]  35/7
handled [1]  22/19
hang [1]  30/10
happen [4]  9/21 16/22
32/13 34/7
happy [2]  16/13 19/4
hard [1]  34/1
has [23]  7/7 9/11 11/24
12/14 14/5 17/22 18/1
21/3 22/4 24/12 24/17
24/19 25/20 26/9 27/19
28/13 30/24 32/22 34/7
34/11 34/24 35/1 35/3
hasn't [1]  35/12
have [60]
haven't [3]  24/14 25/15
28/10
he [26]  6/6 7/3 8/4 21/3
30/19 31/10 32/11
32/13 32/23 32/24 33/9
33/24 33/25 34/4 34/13
35/1 35/1 35/5 35/6
35/7 35/9 35/10 35/13
36/4 36/4 36/4
he'll [1]  7/1
he's [13]  32/21 32/25
33/3 33/10 33/18 34/6
34/13 34/19 35/1 35/14
35/17 35/22 35/22
health [2]  6/18
hear [2]  6/16 6/18
heard [2]  13/13 26/4
hearing [9]  9/2 15/11
21/2 21/5 22/1 29/24
31/18 31/22 37/5
hearings [5]  11/18
28/12 28/14 28/24 31/4
help [1]  29/16
helps [1]  29/15
her [1]  25/18
here [9]  6/2 6/15 6/24
10/23 11/12 12/13 14/3

here's [2]  19/22 31/24
Hernandez [6]  2/2 5/11
11/13 23/7 23/20 28/25
Highland [1]  2/3
him [3]  35/4 35/16
35/20
his [9]  6/6 21/4 25/19
25/22 31/18 31/19 32/3
32/15 33/8
hold [6]  6/13 6/14 14/7
16/23 32/1 34/14
holding [1]  10/24
holdings [1]  10/25
Hollow [1]  2/2
home [8]  32/19 33/13
33/15 34/10 35/15
35/21 36/1 36/5
Honor [41]
HONORABLE [1]  1/10
hope [4]  6/1 10/6 18/15
19/16
hopeful [1]  18/12
hopefully [2]  34/6 34/8
housekeeping [1]
27/14
housing [1]  35/6 35/7
35/18
how [11]  6/3 8/3 12/20
12/22 24/17 25/16
28/15 33/9 33/23 33/24
34/25
However [1]  24/4
hurt [1]  20/11

**I**

I am [2]  24/21 29/11
I apologize [1]  15/11
I assume [1]  36/9
I believe [6]  11/19
19/13 22/22 23/24
25/17 26/19
I can [5]  6/18 6/18
19/21 29/14 36/2
I can't [1]  14/15
I didn't [1]  21/6
I don't [14]  9/8 12/11
15/14 16/16 21/15
22/12 22/20 22/22
26/15 27/16 27/18 28/3
31/11 31/12
I don't have [2]  11/15
23/2
I formally [1]  9/9
I guess [5]  9/8 27/25
32/16 34/16 35/21
I have [6]  14/23 17/21
21/8 29/12 31/1 33/1
I haven't [2]  24/14
25/15
I hope [3]  6/1 18/15
19/16
I just [7]  6/19 9/9 11/23
14/18 22/13 27/19 30/9
I know [3]  11/23 17/3
23/2
I mean [4]  12/5 17/24
21/3 27/22

**I**

I raised [1]  12/7
I think [22]  11/4 12/6
13/14 14/2 16/18 17/1
18/8 21/13 22/3 24/6
25/8 25/23 26/5 26/5
27/22 30/17 33/4 33/15
33/18 33/23 34/3 34/25
I understand [3]  20/10
34/5 35/20
I want [1]  22/24
I was [3]  13/11 14/6
19/19
I will [1]  32/1
I won't [1]  28/15
I'd [2]  19/22 20/3
I'll [12]  7/3 8/14 9/2
14/13 17/11 17/24 26/3
29/24 30/1 36/5 36/6
36/8
I'm [14]  6/8 6/10 6/22
7/1 13/1 13/18 14/8
18/21 19/4 26/5 26/8
28/11 29/15 34/9
I'm not sure [2]  28/11
34/9
I'm sure [1]  18/21
I've [3]  22/18 24/16
24/17
idea [2]  35/13 35/14
impact [2]  12/20 25/16
impacts [1]  25/17
impending [1]  12/8
implicated [2]  26/1
26/20
imposed [1]  30/24
INC [2]  3/12 3/21
including [1]  10/11
INDIANA [2]  3/21 31/22
Indianapolis [1]  3/23
indicating [2]  24/8
34/16
indictment [16]  6/5 7/4
7/8 8/3 8/6 8/9 8/16
8/19 9/1 9/12 16/8
16/11 16/12 22/17 23/8
31/17
indictments [2]  21/25
22/25
informed [1]  25/20
inquiries [1]  10/14
inquiry [2]  15/13 26/15
ins [3]  32/19 33/4
33/13
insight [1]  12/9
instead [1]  23/11
intention [1]  27/23
interests [2]  29/25
29/25
interim [1]  35/18
interlocutory [1]  24/13
Internet [3]  31/4 31/10
32/3
involved [1]  16/22
involves [1]  26/9
is [77]
is there [5]  8/17 27/4
29/22 31/18 33/13

**I** (continued)
15/23 25/19 25/22
issue [10]  12/7 13/4
15/5 15/6 15/8 16/4
23/1 23/21 26/7 36/6
issued [1]  9/17
issues [5]  15/24 19/9
30/11
it [45]
it would be [1]  18/7
it's [13]  6/14 6/19
12/19 18/1 18/13 19/11
23/13 25/1 25/8 25/21
26/19 35/10 36/3

**J**

James [2]  3/11 5/7
January [4]  11/17 23/9
28/12 28/15
January 6th [3]  11/17
28/12 28/15
JC [1]  13/20
Jefferson [1]  3/3
Jeffrey [2]  1/13 5/9
jeffrey.nestler [1]  1/18
Jencks [1]  10/5
jessica [2]  3/15 3/19
5/18
John [4]  2/5 2/5 5/12
29/12
johnlmachado [1]  2/8
join [5]  18/25 19/6
19/15 24/4 28/2
joined [2]  28/4 28/6
joining [1]  24/8
Joseph [1]  3/2
joshua [2]  3/11 3/14
5/18
Jr [1]  2/18
judge [8]  1/10 6/22
6/22 16/3 20/6 24/13
32/16 36/15
Judge Mehta [1]  6/22
Judge Nichols' [1]
24/13
July [3]  20/13 34/3
37/10
June [1]  1/5
just [46]
justice [1]  29/25

**K**

Kathryn [2]  1/13 5/9
Kathryn Rakoczy [1]
5/9
kathryn.rakoczy [1]
1/17
Keepers [1]  28/15
kind [1]  32/22
kindly [1]  26/11
know [36]  8/14 9/10
11/23 12/2 12/6 12/15
13/4 13/10 14/6 14/11
14/12 14/15 16/16
16/21 17/3 17/25 18/15
18/18 21/6 22/4 22/7
22/15 23/2 23/23 24/7
24/15 24/17 24/23 24/7

**L**

laid [1]  26/21
landscape [2]  28/17
28/18
largely [1]  10/18
last [5]  12/6 12/18 17/1
18/15 22/19
late [1]  9/14
Laura [2]  2/13 5/6
LAW [3]  2/5 2/13 2/18
lawyers [3]  11/20 14/8
25/16
lead [1]  23/11
least [8]  18/6 20/3
20/11 20/12 21/18 27/7
32/11 35/15
leave [1]  32/6
leaves [1]  30/7
left [3]  14/14 22/6
22/10
legal [1]  26/10
Leigh [1]  1/13
length [1]  17/23
less [1]  35/15
let [9]  8/11 8/14 11/12
17/10 22/15 31/15
31/16 33/8 34/18
let's [5]  19/12 24/21
32/7 34/14 34/17
let's see [1]  19/12
letting [2]  6/14 6/19
Lewis [2]  4/2 5/21
Lexington [1]  3/7
light [4]  20/22 22/12
28/7 31/19
like [17]  8/5 9/24 10/9
12/11 14/9 16/12 18/9
19/2 19/6 19/14 19/22
20/3 20/24 28/2 33/5
33/15 35/15
limitations [1]  37/7
limiting [1]  32/3
line [3]  17/5 23/19
26/24
list [1]  11/12
little [5]  14/16 19/19
29/5 33/5 35/24
live [1]  36/1
lives [1]  32/24
living [3]  35/13 35/22
35/23
LLP [1]  2/9
locate [1]  6/8
long [4]  15/14 18/7
33/23 33/24
longer [2]  34/18 34/25
look [5]  14/2 17/10
18/14 27/1 28/18 31/15
31/17
looking [3]  13/11
21/18 26/5
looms [1]  12/1
lot [1]  18/22

**M**

Machado [8]  2/5 2/5
5/12 12/25 13/7 29/12
29/14 29/19
made [8]  16/10 18/3
19/25 24/5 25/14 27/23
30/25 35/5
Madison [1]  3/18
magistrate [1]  30/20
make [13]  9/19 10/9
10/15 10/21 10/25
13/16 14/19 19/8 20/1
23/20 24/2 26/16 29/24
management [1]  24/23
many [2]  25/16 26/7
material [1]  29/1
materials [5]  10/5
10/18 10/24 11/1 31/5
matter [6]  16/16 24/1
25/9 27/15 27/24 27/24
29/12 37/4
max [2]  14/8 34/2
may [16]  7/6 12/15
14/15 16/19 18/7 19/15
19/16 21/13 23/25
23/25 24/17 29/2 29/7
32/13 35/19 36/6
maybe [3]  23/6 24/2
25/8
MD [1]  2/3
me [25]  6/14 6/17 6/20
8/11 8/14 9/18 11/12
12/5 12/19 13/2 13/3
13/18 14/4 15/9 17/10
19/18 22/16 22/18 23/3
26/12 26/15 29/3 31/15
31/17 33/8
mean [9]  12/5 14/2
14/2 17/24 21/3 27/22
32/14 35/20 36/2
means [1]  6/25
mechanical [1]  4/8
meet [1]  29/6
Meggs [9]  2/18 5/6
5/15 15/3 15/5 25/18
26/1 27/17 27/24
Meggs' [2]  28/8 28/11
MEHTA [1]  1/10 6/22
members [3]  25/22
26/15 26/19
memory [1]  25/13
mental [1]  22/9
mentioned [1]  11/19
Merit [1]  4/4
Michael [4]  3/20 3/20
5/8 5/20
Mifflin [1]  3/17
might [2]  25/16 31/19
mike [1]  3/24
Miller [1]  24/25
Milwaukee [1]  3/13
mind [1]  15/10
Mink [1]  2/2
Minute [1]  28/1
Minute Entry [1]  28/1
missing [1]  26/8
mistake [1]  13/23
modifications [2]

**M** (continued)
money [1]  25/21
monitoring [2]  35/5
35/8
month [5]  18/1 18/7
18/11 18/13 18/13
monthly [1]  36/1
months [3]  29/7 35/10
35/23
Monument [1]  3/22
moot [1]  16/9
more [3]  20/10 33/6
33/12
most [1]  26/5
motion [20]  11/17
11/21 12/8 12/15 12/16
25/7 25/8 25/14 25/23
26/21 27/18 28/3 28/4
28/6 28/9 28/11 28/17
28/20 29/4 33/24
motions [18]  16/5 16/9
16/17 17/3 17/8 18/23
18/25 18/25 19/3 19/6
20/2 20/6 20/8 22/2
22/11 22/12 22/19 30/4
move [2]  24/23 34/20
moved [1]  24/9
moving [1]  18/2
Mr [3]  19/24 24/5 30/15
Mr. [80]
Mr. Beeks [1]  16/2
16/6 27/8 32/8 32/21
33/6 33/16 34/5 34/12
34/24 36/6 36/14
Mr. Beeks' [2]  16/17
32/9
Mr. Brennwald [3]
14/22 29/16 29/20
Mr. Caldwell [1]  24/6
Mr. Cooper [1]  21/12
Mr. Crowl [1]  11/3
Mr. Donahoe [10]  7/2
8/7 17/18 18/1 18/14
20/25 30/10 31/2 31/7
32/5
Mr. Donahue [1]  7/3
Mr. Douyon [1]  13/18
Mr. Greene [21]  6/6 6/8
6/11 6/16 7/4 7/9 8/4
8/10 8/19 8/22 20/7
20/17 20/19 21/1 27/7
30/16 30/19 31/3 31/16
31/25 32/6
Mr. Isaacs [3]  15/23
25/19 25/22
Mr. Machado [4]  12/25
29/14 29/19
Mr. Nestler [3]  25/6
26/15 33/2
Mr. Parker [1]  14/22
Mr. Rossi [5]  15/22
25/19 25/20 26/14
26/23
Mr. Uller [7]  16/2 16/24
30/9 32/7 33/8 34/15
36/8
Mr. Wise [1]  15/6
Mr. Woodward

**M**

Mr. Woodward... [1] 15/2 15/9 25/18
**Ms. [27]** 8/19 9/23 11/8 11/13 12/9 13/7 13/9 15/2 15/3 15/5 15/22 16/2 17/6 17/25 18/9 21/13 21/17 23/6 23/7 23/20 25/19 27/24 28/8 28/25 30/9 32/8 33/2
Ms. Ettinger [4] 16/2 17/6 30/9 32/8
Ms. Haller [2] 15/2 25/19
Ms. Hernandez [4] 11/13 23/7 23/20 28/25
Ms. Meggs [3] 15/3 15/5 27/24
Ms. Meggs' [1] 28/8
Ms. Napierala [1] 15/22
Ms. Parker [2] 13/7 13/9
Ms. Rakoczy [8] 8/19 9/23 11/8 12/9 17/25 18/9 23/6 33/2
Ms. Steele [2] 21/13 21/17
**much [3]** 12/22 15/25 34/25
**my [22]** 6/20 6/22 8/17 11/15 11/20 13/10 13/11 13/19 13/23 13/23 15/10 19/11 21/23 21/25 23/6 23/25 24/23 25/22 28/6 28/12 34/5 34/12
**myself [1]** 31/16

**N**

**name [1]** 6/22
Napierala [3] 3/6 5/16 15/22
**Natalie [2]** 3/6 5/16
**nature [1]** 32/24
**near [3]** 16/20 20/11 32/15
**need [19]** 8/12 8/13 8/25 14/9 16/14 20/5 20/10 20/19 26/25 27/4 27/6 27/7 29/6 30/4 30/9 30/17 32/13 32/14 34/9
**needed [2]** 17/12 35/6
**needs [2]** 16/22 35/20
Nestler [5] 1/13 5/9 25/6 26/15 33/2
**never [3]** 24/16 35/1 35/4
**new [14]** 3/8 6/5 9/1 22/2 22/3 22/11 22/25 23/16 23/21 23/24 24/10 27/5 28/19 29/2
**news [1]** 12/5
**next [8]** 10/6 10/19 14/14 15/18 17/5 19/17 20/23 36/6
Nichols' [1] 24/13

nine-day [1] 34/10
nnapierala [1] 3/10
**no [18]** 1/4 5/3 5/4 5/5 6/21 7/9 8/17 11/10 15/24 16/14 17/16 21/8 34/11 35/2 35/3 35/13 35/14 36/15
**nobody [1]** 12/7
**non [1]** 35/24
non-traditional [1] 35/24
**none [3]** 8/12 9/2 29/24
**North** 32/13 32/23 34/20
North Carolina [3] 32/13 32/23 34/20
**not [37]** 6/14 6/19 8/5 8/9 9/17 11/25 12/12 12/19 16/8 17/21 18/12 19/24 20/8 21/24 22/4 22/18 23/25 24/21 24/23 25/20 26/3 26/7 26/25 28/11 29/11 31/1 31/10 31/15 31/21 34/9 34/12 34/13 35/2 35/19 35/22 35/23 36/3
not-guilty [1] 8/9
**note [2]** 24/12 27/25 37/5
**nothing [3]** 13/8 14/23 21/17
**notice [4]** 19/8 22/8 24/7 28/5
**noticed [1]** 15/10
**notify [1]** 36/8
**November [2]** 9/14 9/15
**now [9]** 8/14 9/12 14/3 19/12 21/8 23/12 34/25 35/2 35/10
**number [2]** 12/21 14/8
**NW [6]** 1/15 2/6 2/14 2/19 3/3 4/6
**NY [1]** 3/8

**O**

**Oath [1]** 28/14
**object [1]** 31/9
**objected [1]** 36/3
**objection [1]** 29/22
**objections [1]** 31/7
**objective [1]** 33/19
**obstruct [1]** 7/11
**obstruction [1]** 7/14
**obviously [6]** 10/8 12/16 18/18 23/23 28/25 29/3
**occurred [1]** 37/5
**off [2]** 16/23 34/14
**offering [1]** 10/8
**OFFICE [6]** 1/14 2/5 2/13 10/25 32/20 33/17
**officer [1]** 7/17
**official [1]** 4/5 7/11 7/14
**often [1]** 33/9
**okay [45]**

**one [14]** 12/20 14/2 15/9 19/4 22/6 22/13 22/22 24/11 27/14 25/24 28/13 28/14 28/24 34/12
**ongoing [4]** 10/20 11/3 30/3 30/3
**only [11]** 12/1 15/5 16/4 16/16 17/21 21/7 23/16 25/17 25/25 30/24 35/22
**open [2]** 22/6 22/11
**opportunity [2]** 19/14 31/1
**oppose [1]** 33/20
**order [12]** 6/4 6/23 9/18 22/5 23/21 32/18 32/20 33/6 33/7 35/19 35/21 36/7
**ordering [1]** 33/21
**originally [1]** 9/11
**other [12]** 8/18 9/21 14/5 16/16 24/2 24/11 26/16 27/14 28/15 30/19 33/14 34/14
**others [1]** 20/9
**otherwise [3]** 8/14 20/21 26/4
**ought [3]** 18/25 19/7 27/25
**our [14]** 9/10 11/24 11/24 12/3 19/16 21/18 21/19 22/11 22/11 25/2 26/21 28/16 30/24 35/12
**out [13]** 9/10 11/24 12/4 12/14 17/3 17/11 20/21 26/21 29/5 29/6 34/10 35/9 36/3
**outstanding [3]** 10/5 10/14 15/5
**outweigh [1]** 29/25
**over [5]** 9/24 17/25 21/12 34/25 35/10
**oversight [1]** 33/4
**own [1]** 19/16

**P**

**P.A [2]** 3/2 3/7
**p.m [2]** 1/6 36/17
**pages [1]** 12/22
**pandemic [1]** 37/6
**papers [2]** 17/9 17/10
**parallel [1]** 18/25
**Park [1]** 2/7
**Parker [10]** 2/5 2/9 5/5 5/5 5/12 5/13 13/7 13/9 14/22 29/12
**part [2]** 21/19 24/24
**participate [1]** 21/5
**participating [1]** 21/1
**particular [2]** 20/7 30/18
**particularly [1]** 11/2
**parties [1]** 16/7
**parts [1]** 31/3
**party [3]** 18/15 26/10

**pass [1]** 28/24
**pcooper [1]** 2/17
**pegged [1]** 23/22
**pending [1]** 16/5
**Pennsylvania [1]** 2/10
**people [1]** 24/2
**perhaps [1]** 12/1
**period [1]** 29/8
**person [2]** 14/13 33/17
**personally [1]** 21/16
**perspective [1]** 33/5
**pertinent [1]** 23/13
**Peter [3]** 2/13 2/14 5/14
**petercooperlaw.com [1]** 2/17
**phone [3]** 6/9 33/4 35/19
**physical [1]** 10/10
**pick [1]** 34/20
**place [6]** 19/1 19/4 26/9 26/24 32/23 35/11
**Plaintiff [1]** 1/4
**planning [4]** 13/15 13/15 13/24 34/4
**plans [1]** 34/18
**platforms [1]** 10/21
**plea [1]** 7/2
**plead [2]** 8/3 8/5
**pleadings [1]** 9/11
**pleas [2]** 8/9 9/4
**please [3]** 6/11 26/11 37/5
**Plus [1]** 29/7
**point [2]** 27/9 27/22
**position [1]** 32/18
**positioned [1]** 18/19
**possible [1]** 30/4
**potential [1]** 34/10
**practice [1]** 18/23
**preclude [1]** 26/4
**precluded [1]** 31/3
**predominantly [1]** 10/17
**preparation [1]** 12/21
**prepare [1]** 30/5
**prepared [1]** 20/5
**presence [1]** 21/4
**present [3]** 9/5 12/12 22/17
**preserve [1]** 19/9
**pretrial [23]** 4/2 5/22 9/18 9/18 20/21 22/5 23/21 30/22 32/1 32/17 32/19 33/6 33/17 34/9 35/1 35/3 35/12 35/15 35/20 36/1 36/2 36/5 36/9
**Pretrial's [1]** 32/18
**Prettyman [1]** 4/5
**prevent [1]** 7/17
**previous [1]** 13/14
**primarily [2]** 8/22 24/6
**primary [2]** 24/7 33/19
**prior [1]** 9/3
**probably [3]** 18/8 18/11 19/8

**problem [2]** 6/21 16/21
**proceed [2]** 24/25
**proceeding [4]** 7/12 7/14 9/3 25/1
**proceedings [6]** 1/9 4/8 5/24 7/24 36/17 37/4
**produce [1]** 11/1
**produced [2]** 4/9 10/18
**productions [2]** 10/4 10/21
**Professional [1]** 25/7
**progressing [1]** 6/3
**project [2]** 10/20 11/3
**proposed [1]** 30/22
**prosecution [1]** 24/14
**provide [2]** 9/24 10/6
**provision [1]** 21/16
**prudent [2]** 18/12 18/13
**public [2]** 22/10 30/1
**public-authority [1]** 22/10
**purports [2]** 34/13 35/13
**push [1]** 12/3
**pushing [2]** 11/24 14/8
**put [5]** 13/12 19/4 24/21 25/23 35/16

**Q**

**question [3]** 17/21 20/12 23/20
**questions [1]** 16/17
**quickly [1]** 17/24

**R**

**raise [5]** 13/3 20/24 21/11 27/20 29/3
**raised [1]** 12/7
**Rakoczy [10]** 1/13 5/9 8/19 9/23 11/8 12/9 17/25 18/9 23/6 33/2
**Ray [1]** 5/4
**re [4]** 8/13 8/14 8/15 8/25
**re-arraigned [3]** 8/13 8/14 8/25
**re-arraignment [1]** 8/15
**reach [1]** 17/11
**reached [1]** 12/14
**read [3]** 25/15 28/10 32/9
**reading [3]** 7/3 8/2 8/5
**ready [2]** 18/16 18/19
**real [1]** 23/16
**really [7]** 12/11 14/8 16/4 23/16 26/7 34/11 34/16
**Realtime [1]** 4/4
**reason [2]** 6/19 35/2
**recall [1]** 22/7
**receive [1]** 26/10
**received [1]** 7/7
**receiving [1]** 25/21
**recent [1]** 23/25
**recollection [2]** 21/25

**R**

recollection... [1] 23/6
record [5] 7/6 8/8 24/9 28/5 37/3
recorded [1] 4/8
refers [1] 28/16
reflect [2] 7/6 8/8
reflected [1] 25/14
regard [1] 13/8
Registered [1] 4/4
relate [2] 8/22 31/16
relative [1] 26/25
Relativity [1] 10/22
release [3] 22/20 30/17 31/8 31/25 32/15
released [2] 11/25 30/20
relevant [4] 11/2 12/23 16/4 29/1
rely [1] 36/8
remain [1] 33/25
remaining [1] 7/20
remains [1] 12/24
remember [1] 22/12
remind [2] 22/16 22/17
reminder [1] 15/21
remotely [5] 5/23 37/7
render [1] 16/9
report [3] 16/18 30/23 33/9
Reporter [4] 4/3 4/4 4/4 4/5
reporting [2] 33/9 37/7
representations [1] 25/14
Republic [1] 25/21
request [5] 28/7 30/25 31/20 31/22 32/2
requested [1] 32/1
requests [3] 10/14 16/19 16/19
requirement [1] 33/16
residence [1] 35/25
residency [1] 32/10
respect [5] 10/2 11/4 16/10 17/2 26/16
Responsibility [1] 25/8
restricted [1] 7/20
result [1] 9/21
return [1] 32/13
returned [1] 23/8
returning [1] 34/4
revised [2] 9/17 20/21
Rhodes [11] 9/12 9/13 9/13 10/9 11/6 11/25 17/3 24/1 25/9 27/17 27/24
right [25] 8/7 8/11 9/23 11/11 12/18 14/19 15/1 15/22 17/17 19/10 19/17 21/3 21/8 21/10 21/21 23/10 23/15 23/17 25/5 27/4 27/21 27/22 29/24 32/5 32/7
risk [1] 31/11
RMR [2] 37/2 37/11
Road [2] 2/2 2/19
ROBERTSON [1] 2/9

rolling [1] 21/19
Rossi [7] 3/2 5/16 15/22 25/19 25/20 26/14 26/23
rule [4] 17/8 19/3 23/21 25/7
Rule 12 [2] 19/3 23/21
ruled [1] 19/7 22/18 27/16
ruling [2] 27/23 28/6
run [1] 34/10
rural [1] 32/24

**S**

safety [1] 31/12
said [5] 12/7 12/18 17/1 18/1 28/23
same [2] 23/13 25/7 26/20
Sandra [4] 2/5 5/5 5/12 29/12
satisfy [1] 36/3
Saturday [1] 34/17
say [5] 20/5 20/6 22/24 26/3 34/17
saying [1] 14/18
says [2] 35/1 36/4
schedule [7] 10/12 13/25 19/1 19/3 20/6 20/19 20/22
scheduled [1] 9/11
scheduling [3] 9/21 10/7 13/10
SE [1] 2/10
seal [1] 26/13
search [1] 10/25
Section [7] 7/13 7/16 7/19 7/22 8/1 23/9 23/13
Sections [2] 7/16 7/25
see [12] 6/3 6/18 9/24 12/18 13/11 13/21 15/6 19/12 19/15 20/18 21/13 31/11
seeking [1] 33/12
seen [5] 12/24 23/25 35/1 35/4 35/12
Semper [1] 14/18
sense [2] 20/4 25/15
separate [2] 15/12 19/2
September [3] 9/14 11/16 11/19
serves [1] 25/13
SERVICES [5] 3/11 3/16 4/2 5/22 37/2
set [15] 14/9 14/11 15/11 17/7 18/6 20/11 20/19 22/1 27/5 27/6 27/7 29/5 29/21 30/17 31/24
seventh [2] 16/10 23/8
several [5] 21/25 22/23 22/25 22/25 35/3
sfbrennwald [1] 2/11
shed [1] 31/19
short [1] 32/12
should [2] 13/25 14/11

shows [1] 13/19
Sidbury [2] 4/2 5/21
simply [1] 19/6 24/4 26/12
since [3] 11/2 32/23 34/17
sir [1] 6/9
situation [2] 24/16 35/25
sixth [1] 22/13
size [1] 14/10
skip [1] 21/12
sleeves [1] 21/19
slight [2] 16/20 33/21
slipped [1] 15/10
slot [1] 12/4
smiling [1] 21/14
so [60]
So I just [1] 12/1
So I think [1] 30/7
so this case [1] 9/16
some [11] 6/19 16/7 16/19 16/19 16/19 18/7 19/15 19/16 25/13 33/3 35/15
someone [1] 35/25
something [14] 16/12 16/21 19/2 19/8 20/6 20/7 20/11 22/14 23/3 23/5 26/25 28/21 29/5 34/15
sometime [2] 11/18 15/18
soon [1] 9/19
sooner [2] 19/20 19/21
sorry [3] 13/1 21/13 21/23
sort [6] 11/24 33/23 34/4 35/5 35/10 35/15
source [2] 26/14 26/24
space [1] 14/4
speak [1] 33/1
speaking [1] 32/16
specific [3] 10/4 10/17 30/11
specifics [1] 22/14
speedy [1] 30/1
split [1] 14/4
St [1] 3/3
stable [2] 35/11 35/17
stakes [1] 34/20
stand [1] 29/14
standing [1] 29/20
stands [1] 25/3
stanley [3] 2/18 2/21 5/15
start [4] 9/6 9/17 18/3 30/15
started [1] 21/20
starting [3] 9/14 11/12 13/19
statement [1] 9/18
STATES [10] 1/1 1/3 1/10 5/3 7/12 7/15 7/19 7/21 7/25 10/24
status [5] 1/9 16/17 16/18 22/1 32/9

stay [4] 32/11 34/11 34/18 35/7
steal [1] 12/12
Steele [5] 2/13 5/6 5/14 21/13 21/17
stenography [1] 4/8
Stephen [1] 2/3
Steven [1] 5/13
still [7] 13/24 14/14 16/5 18/11 18/13 26/19 35/10
Street [4] 1/15 2/6 2/14 3/17
stringent [1] 32/24
subject [3] 18/7 18/8 37/6
submit [1] 26/12
submitted [1] 28/8
substantive [2] 8/17 23/16
such [1] 26/23
suggest [1] 19/19
suggested [2] 17/6 28/25
Suite [6] 2/6 2/15 3/3 3/13 3/17 3/22
summer [2] 10/12 29/7
superseding [10] 6/5 7/8 8/3 8/15 16/8 16/10 16/11 21/25 22/13 23/8
supersedings [1] 22/25
supervise [1] 35/20
supplement [1] 28/21
supposed [1] 35/9
sure [10] 9/19 10/15 10/25 13/16 14/19 18/21 19/8 23/20 28/11 34/9

**T**

take [12] 13/5 15/12 15/14 17/10 18/12 21/16 27/1 27/4 29/3 31/15 31/17 32/4
taken [1] 17/4
tampering [1] 7/23
target [1] 18/2
team [1] 10/23
technological [1] 37/7
tell [1] 20/9
term [3] 16/20 20/12 32/12
terms [3] 18/2 18/19 18/24 21/12 22/19 29/4 32/14
Terrific [1] 20/16
than [4] 18/19 30/19 33/12 33/14
Thank [19] 8/7 10/1 11/10 14/20 14/24 15/20 15/24 16/3 17/13 17/20 21/9 25/4 27/2 27/2 29/17 30/12 30/14 36/12 36/16
Thank you [12] 8/7 11/10 14/24 15/20

17/20 21/9 25/4 27/2
27/2 29/17 36/12 36/16
Thanks [1] 15/21
that [188]
that's [24] 6/16 12/1 12/5 12/16 13/17 13/21 16/21 18/8 19/1 19/7 19/17 19/23 20/10 21/8 23/6 23/21 24/2 24/20 25/11 26/18 26/25 29/5 34/16 35/2
their [2] 12/16 30/10 30/22
them [6] 10/16 11/1 11/1 12/4 30/11 35/21
then [18] 7/1 9/14 9/23 12/3 13/23 16/16 16/17 11 25/19 26/25 28/20 28/25 30/7 32/7 33/12 34/8 34/20 36/1 36/14
theory [2] 14/5 14/23
there [29] 8/17 8/21 9/8 10/4 10/14 12/8 12/19 14/3 16/5 17/3 19/9 21/4 21/14 22/3 22/5 27/4 28/19 29/22 31/18 32/4 32/11 32/12 32/24 33/3 33/13 35/14 35/14 35/22 35/23
there's [9] 18/21 18/22 20/7 25/6 29/1 30/8 32/5 34/11 35/13
therefore [1] 37/6
these [5] 5/23 10/11 11/2 18/4 28/24
they [17] 8/13 8/22 11/22 12/15 12/15 22/9 25/20 28/13 31/16 32/18 32/25 33/3 33/5 33/13 35/25 36/7 36/9
they're [2] 17/3 24/18
they've [1] 11/19 11/21 35/3
thing [4] 12/1 20/18 22/4 24/11
things [4] 6/3 22/5 22/6 35/9
think [42]
thinking [1] 20/4
third [2] 26/10 26/14
third-party [1] 26/14
this [50]
Thomas [1] 3/3
those [8] 14/11 22/5 23/2 23/4 29/2 30/23 31/8 33/21
though [2] 11/5 12/21
thought [1] 32/25
thousands [2] 12/21 12/22
through [11] 7/7 10/16 10/21 10/23 19/15 27/9 27/10 27/12 29/22 30/2 30/6
thunder [1] 12/12
time [10] 13/14 15/12 17/1 18/6 20/10 22/3 29/18 29/22 30/2 30/5

**T**

timetable [2]  25/1 25/2
Title [5]  7/12 7/15 7/18
7/21 7/25
Title 18 [3]  7/15 7/21
7/25
titled [1]  37/4
today [7]  6/24 12/13
16/4 27/10 27/12 30/23
32/15
together [4]  12/6 17/2
23/4 27/6
told [1]  14/6
tolled [2]  27/9 27/11
tolling [1]  29/22
too [2]  19/7 20/10
track [1]  11/5
traditional [1]  35/24
transcript [5]  1/9 4/8
31/18 31/19 37/3
transcription [1]  4/9
transcripts [2]  11/18
12/22
transfer [4]  28/4 28/7
28/9 28/20
trial [16]  9/10 10/9 11/6
11/16 13/12 13/16
14/10 14/15 17/23 18/5
18/20 20/22 23/22 27/9
30/1 30/5
try [6]  9/13 10/25 14/13
14/19 15/18 32/12
trying [2]  6/8 35/17
Tuesday [1]  19/13
turn [7]  6/12 6/14 7/1
9/23 9/24 17/25 32/7
two [9]  9/13 10/21
12/20 19/23 20/4 25/17
34/1 34/13 35/10
type [1]  22/4
typically [1]  35/24

**U**

U.S [3]  1/14 23/9 23/12
U.S.C [1]  22/24
uller [10]  3/11 3/14
5/18 16/2 16/24 30/9
32/7 33/8 34/15 36/8
ultimately [1]  20/1
under [6]  9/3 14/19
23/9 23/12 26/13 32/22
understand [4]  20/10
34/5 35/17 35/20
understanding [8]
8/17 11/16 11/20 13/10
19/11 25/23 28/12
29/19
undoubtedly [1]  12/22
unfortunately [1]
29/11
UNITED [10]  1/1 1/3
1/10 5/3 7/12 7/15 7/19
7/21 7/25 10/24
United States [6]  7/12
7/15 7/19 7/21 7/25
10/24
United States of [1]
5/3

unless [4]  25/6
30/8 32/5
unrelated [2]  24/16
26/11
until [2]  16/23 35/9
up [10]  10/19 11/15
11/23 14/4 14/9 19/12
23/1 23/23 27/5 34/20
update [2]  9/7 32/9
updates [1]  9/25
upon [2]  19/7 36/8
us [10]  12/14 13/19
16/12 20/9 20/12 24/15
24/20 25/20 27/5 34/19
usage [1]  31/4
usdoj.gov [2]  1/17
1/18
use [1]  31/10

**V**

Valentine [2]  4/2 5/21
Valentine-Lewis [2]
4/2 5/21
various [1]  18/3
venue [6]  27/18 28/4
28/7 28/17 28/20 29/4
venue-transfer [1]
28/20
verifying [1]  35/3
versus [1]  5/4
very [2]  12/7 16/20
VIA [1]  1/9
video [3]  6/9 6/10
21/23
viewing [3]  10/7 10/10
31/5
violation [5]  7/12 7/15
7/18 7/21 7/24
Virginia [1]  29/13
visit [8]  32/19 33/13
33/16 34/10 35/15
35/21 36/1 36/6
vs [1]  1/5

**W**

waiting [1]  24/22
waive [3]  8/2 8/5 21/4
waives [1]  7/3
waiving [1]  8/15
want [13]  13/9 13/16
19/5 20/6 22/24 23/4
23/24 24/2 24/4 27/5
33/1 33/3 33/20
wanted [8]  9/19 14/19
17/7 22/8 22/15 27/19
35/7 35/14
wants [1]  21/11
warranted [1]  30/5
was [34]  9/11 9/19
9/20 9/21 12/6 12/8
13/10 13/11 14/6 16/16
17/4 17/8 18/6 19/19
21/6 22/1 22/6 22/6
22/25 24/6 27/23 28/8
30/20 32/17 34/3 34/3
34/4 34/24 35/5 35/8
35/8

Washington [5]
1/15 2/7 2/10 2/15 2/19
3/4 4/6
way [3]  24/8 24/21
35/3
we [83]
we will [5]  8/8 9/18
10/18 20/21 32/3
we'd [1]  10/9
we'll [10]  12/18 13/5
15/11 15/18 20/17
20/22 23/20 28/23
31/24 31/24
we're [15]  6/25 9/2
9/12 9/13 10/12 14/12
14/13 15/6 16/13 18/2
20/5 21/17 25/1 27/11
34/23
We've [1]  9/17
week [9]  12/6 12/18
13/16 15/19 26/12
33/18 34/1 34/25 36/6
weeks [9]  10/6 10/19
13/24 19/23 20/5 20/9
34/2 35/9 35/23
welcome [2]  7/2 28/20
well [13]  6/1 9/5 12/18
13/5 15/18 17/24 23/19
24/5 30/14 32/17 33/16
33/23 36/16
went [1]  33/4
were [9]  8/21 12/6 17/2
22/3 22/6 22/9 24/5
30/19 31/25
West [1]  3/3
what [13]  6/25 12/19
13/21 19/22 20/4 28/23
28/24 30/7 30/24 31/24
32/14 32/14 33/12
what's [5]  19/6 19/7
19/15 28/21 33/18
whatever [3]  14/12
20/1 25/1
when [5]  12/15 12/19
18/2 34/11 35/6
whenever [1]  22/21
where [8]  13/11 20/18
24/16 32/24 34/12 35/1
35/13 36/4
whether [11]  7/3 12/2
12/3 17/7 17/21 22/4
22/8 23/23 24/15 24/18
28/16
which [8]  9/10 10/5
14/5 22/13 22/25 25/17
30/25 35/23
while [3]  32/21 32/25
33/3
who [2]  12/12 24/6
who's [1]  6/22
why [7]  6/6 9/6 9/23
16/23 29/5 29/20 30/15
WI [2]  3/13 3/18
wild [1]  14/2
will [22]  6/24 8/8 9/4
9/18 10/9 10/18 11/22
12/16 12/19 13/18
15/14 18/12 20/21 21/1

Washington [5]
1/15 2/7 2/10 2/15 2/19
29/20 32/1 32/3 33/2
William [4]  4/3 5/7 37/2
37/11
winding [1]  11/5
WISCONSIN [3]  3/12
3/12 3/16
wise [2]  15/6 24/23
wish [3]  8/2 8/3 19/2
wishes [1]  32/11
wishing [1]  18/24
within [4]  19/16 20/4
26/12 36/6
witness [1]  10/5
won't [3]  20/11 28/15
33/6
Woodward [6]  2/18
2/18 5/15 15/2 15/9
25/18
work [2]  10/2 32/12
working [4]  10/12
10/15 11/17 34/6
works [1]  15/19
world [1]  21/18
would [30]  8/4 9/10
12/3 12/20 13/4 14/7
14/9 16/12 18/7 18/9
19/6 19/14 21/5 24/23
25/18 26/1 26/1 26/11
28/2 29/16 30/21 31/3
31/9 32/25 33/5 33/15
34/15 35/25 35/25 36/1
wouldn't [1]  32/18
wrap [1]  10/19
wrapped [1]  19/25
wrong [2]  13/19 33/2

**Y**

yeah [6]  14/1 15/9
16/23 19/14 20/5 22/22
year [1]  27/14
Yep [1]  17/14
Yes [10]  8/20 10/1
18/10 20/15 21/3 21/15
23/7 23/18 31/9 36/11
yesterday [1]  16/18
yet [1]  9/17
York [1]  3/8
you [93]
you know [1]  24/7
you'd [3]  9/24 19/2
20/24
you'll [2]  19/24 22/16
you're [11]  8/15 18/15
18/16 18/21 20/5 21/4
21/13 24/8 26/15 26/16
28/20
you've [6]  7/9 19/3
24/9 26/23 28/5 28/25
your [61]
Your Honor [39]

**Z**

Zaremba [3]  4/3 37/2
37/11
ZOOM [1]  1/9