UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : Case No. 21-CR-28 (APM) |
| | : |
| MICHAEL GREENE | : |

**MICHAEL GREENE'S NOTICE OF JOINDER OF MOTIONS
IN LIMINE (ECF DOC. 782, 790, 791, 792)**

Defendant, Michael Greene, hereby provides the Court and all parties Notice that he joins, insofar as applicable, the following motions filed by his co-defendants: ECF Doc. 782, 790, 791 and 792 filed on December 16, 2022, and December 17, 2022, as well as any replies to the government's opposition(s) to those motions.

Respectfully Submitted,

Britt Redden
Texas State Bar Number: 24091241
REDDEN LAW PLLC
1407 E. FM 1585
Lubbock, TX 79423
Telephone: (214) 699-8429
Fax: (214) 845-7006
Attorney for the Defendant,
Michael Greene

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 20th day of December, 2022, to all parties of record.

_____
Britt Redden