UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.  CAUSE NUMBER 21-cr-28-APM-20

MICHAEL GREENE,

    Defendant

**DEFENDANT MICHAEL GREENE'S
MOTION TO SEVER**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, MICHAEL GREENE, by and through undersigned counsel, pursuant to Rule 14 of the Federal Rules of Criminal Procedure, respectfully requests that this Honorable Court sever Defendant Greene's case so that he may be tried separately from co-defendant James Beeks. In support of his request, Defendant Greene states the following:

**-1-**

Federal Rule of Criminal Procedure 14 states that if the joinder of defendants in consolidation for trial appears to prejudice a defendant, the court may sever the defendants' trials. In some joint trials, "the risk of prejudice to one coconspirator is so great that Rule 14(a) requires severance even where joinder was proper." *United States v. Mason*, 951 F.3d 567, 576 (D.C. Cir. 2020). Furthermore, severance under Rule 14 is proper when there is "a serious risk that the jury cannot make a reliable judgment about guilt or innocence". *Zafiro v. United States*, 506 U.S. 534, 539, 113 S.Ct. 933, 122 L.3d.2d 317 (1993).

The Court is well aware of the charges brought against Defendant Greene. This case arises out of a political rally organized by former President Trump and his supporters on January 6, 2020.

Defendant Greene is charged with five separate offenses. James Beeks is one of the named co-defendants joined in the indictment and set for the same trial date as Defendant Greene. On December 27, 2022, Defendant Greene's Counsel received notice that Mr. Beeks is going to proceed pro se, refused stand-by counsel to help with understanding legal terminology and proceedings, and has adopted a sovereign citizen stance challenging this Court's jurisdiction.

**-2-**

An order of severance is appropriate to promote a fair determination of the guilt or innocence of Defendant Greene in this case. James Beeks has declared himself to be a "sovereign citizen". In general, sovereign citizens believe that the federal government is illegitimate and insist they are not subject to federal courts' jurisdiction. *United States v. Banks*, 828 F.3d 609, 615 n.1 (7th Cir. 2016); *United States v. DiMartino*, 949 F.3d 67, 69 (2d Cir. 2020). In previous cases regarding sovereign citizens, defendants have disrupted and delayed the trial, in particular by objection to the court's subject matter and personam jurisdiction. *United States v. Benabe*, 654 F.3d 753 (7th Cir. 2011). This has the potential to taint the jury and prejudice his co-defendants and himself. *Id*.

Mr. Beeks has adopted the stance of a sovereign citizen and has already made challenges to the court's jurisdiction over him. The risk of prejudice against Defendant Greene is significant and will result in a jury not being able to fairly decide Defendant Greene's guilt or innocence. Limiting instructions to the jury are not likely to erase the prejudice. Severance will ensure that Defendant Greene is not prejudiced by such tactics and receives a fair trial.

**-3-**

The United States Constitution provides "in all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial…" U.S. Const. Amend. VI. An order of severance is

necessary to protect the right of Defendant Greene to a speedy trial as James Beeks has asked for a continuance of the trial. His reasoning for a continuance does not apply to Defendant Greene. Counsel for Defendant Greene does not need additional time to examine evidence or prepare for cross-examination of witnesses. Severance will ensure that Defendant Greene's right to a speedy trial will not be infringed upon.

**WHEREFORE, PREMISES CONSIDERED** Defendant Greene prays that the Court enter an order severing James Beeks from trial with the Defendant in order to avoid prejudice and violating Defendant's right to a speedy trial.

Respectfully Submitted,

*/s/ Britt Redden*

Britt Redden
Texas State Bar Number: 24091241
REDDEN LAW PLLC
1407 E. FM 1585
Lubbock, TX 79423
Telephone: (214) 699-8429
Fax: (214) 845-7006
Attorney for the Defendant,
Michael Greene

### CERTIFICATE OF SERVICE

On the 30th day of December 2022, I filed the foregoing document electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will provide electronic service on all counsel of record.

*/s/ Britt Redden*

Britt Redden