# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00028-APM** |
| | ) | |
| **MICHAEL GREENE** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Michael Greene


Dated: January 22, 2022        Respectfully Submitted,

        /s/ William L. Shipley
        William L. Shipley, Jr., Esq.
        PO BOX 745
        Kailua, Hawaii 96734
        Tel: (808) 228-1341
        Email: 808Shipleylaw@gmail.com

        *Attorney for Defendant*