UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 21-cr-28 (APM) |
| | ) |
| THOMAS E. CALDWELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Defendants' conditions of pretrial release shall be modified as follows:

1.) Defendants Sandra Ruth Parker (4), Bennie Alvin Parker (5), Laura Steele (7), Connie Meggs (9), William Isaacs (16), and Michael L. Greene (20) shall be permitted to travel between their residences and the District of Columbia during their trials.

2.) Location Monitoring shall be suspended for all Defendants for the duration of trial.

3.) Defendants shall be permitted to travel to the courthouse during trial, despite its proximity to the U.S. Capitol building, but remain prohibited from entering the Capitol grounds.

All other conditions of Pretrial Release shall remain the same.

Dated: January 26, 2023

Amit P. Mehta
United States District Court Judge