IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 21-cr-28-20-APM |
| MICHAEL GREENE, | |
| Defendant. | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SURREPLY
TO DEFENDANT'S REPLY IN SUPPORT OF SENTENCING MEMORANDUM**

The United States hereby respectfully requests permission to file a surreply to Defendant Michael Greene's reply in support of his sentencing memorandum, ECF No. 997. Defendant Greene accuses the government of inventing the substance of a call between Defendant Greene and co-conspirator Joshua James on January 6, 2021. The government requests the opportunity to respond on this unique issue. Undersigned counsel consulted with Defendant Minuta's attorney, who does not oppose the filing of a surreply.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: Kathryn L. Rakoczy
D.C. Bar No. 994550
Troy A. Edwards, Jr.
Alexandra S. Hughes
Jeffrey S. Nestler
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530