UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>**DONOVAN CROWL, et al** )<br>)<br>)<br>**Defendant** )<br>) | Case No. 21-cr-00028-APM |

### **DEFENDANT MICHAEL GREENE's NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Michael Greene, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment of this Court entered on August 7, 2023.

Dated: August 15, 2023            Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1